Raj V. Abhyanker, California SBN 233284
raj@legalforcelaw.com
LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (408) 398-3126 (text first)

Attorney for Plaintiff,
Knoware Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KNOWARE INC., a Delaware corporation,

Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES CORP., a Texas corporation; SPACEX SUPER INTELLIGENCE LLC, a Nevada limited liability company; X SUBSCRIPTION CORP., a corporation; and X CORP., a Nevada corporation,

Defendants.

Case No. 26-14929

**COMPLAINT FOR:**

(1) Trademark Infringement and False Designation of Origin (15 U.S.C. § 1125(a));
(2) Contributory and Vicarious Trademark Infringement;
(3) Copyright Infringement: Animated Character (17 U.S.C. § 501);
(4) Copyright Infringement: Logo (17 U.S.C. §§ 411(a), 501);
(5) Copyright Infringement: Computer Program (17 U.S.C. § 501);
(6) Contributory Copyright Infringement;
(7) Vicarious Copyright Infringement; and
(8) Trademark Infringement and Unfair Competition (California Common Law)

**JURY TRIAL REQUESTED**

1. Plaintiff Knoware Inc. ("Knoware") brings this Complaint against Defendants Space Exploration Technologies Corp. ("SpaceX"), SpaceX Super Intelligence LLC ("xAI"), X Subscription Corp., and X Corp. (together, "Defendants"). Knoware alleges the following on personal knowledge as to itself and its own acts, and on information and belief as to all other matters.

## NATURE OF THE ACTION

2. This is an action for trademark infringement and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), for copyright infringement under the Copyright Act, 17 U.S.C. § 101 et seq., and for trademark infringement and unfair competition under California common law.

3. Knoware is a startup software company. In July 2025, its founder, Alex Clark, designed the face of the company. It is a dark, round character with two tall, pale, pill-shaped eyes and no other features. Mr. Clark drew it as a logo. He also built it as an animated character whose eyes blink, look around, and follow the user's cursor. Knoware has used the character as its logo, its app icon, and its on-screen guide since 2025.

4. Mr. Clark built the character in Cursor, an AI code editor made by Anysphere, Inc. ("Anysphere"). He was a paying Cursor subscriber. Cursor works by sending a user's prompts and code to Anysphere's servers. As Mr. Clark worked, his prompts and the character's code went there.

5. On August 11, 2026, about a year later, Defendants launched an AI agent product called Grok Bot. Its icon is a dark, round character with two light, pill-shaped eyes and no other features. Its eyes blink and look around, and they respond to the user's cursor.

6. Defendants have since put that face on signs and billboards and, in November 2026, across the exterior of Sphere in Las Vegas. **Figure 1** shows the Knoware Logo beside two of Defendants' uses.




**Knoware Logo (2025)** **Grok Bot sign (2026)** **Grok Bot billboard (2026)**

**Figure 1**

7. Grok Bot was built at the same company whose servers received Mr. Clark's work. Press reports say that Grok Bot was built inside Cursor under the code name "Sand." The designers publicly credited with the Grok Bot icon include people who worked at Cursor. The Grok Bot desktop app is downloaded from a Cursor server. Three days after the launch, SpaceX completed its acquisition of Anysphere.

8. Defendants have promoted Grok Bot and its icon on a scale that Knoware cannot match. The Grok Bot app has more than one million downloads on Google Play alone. SpaceX has told its investors that Grok Bot had 800,000 paid weekly users by October 2026 and that it is growing faster than any product its chief executive has ever seen. People who now see the Knoware character are likely to believe that Knoware copied Grok Bot, or that Knoware is part of or affiliated with Grok. The law calls this reverse confusion. Knoware is a startup, and its mark is still new to the market. Defendants' use threatens to fix that face in the public's mind as theirs before Knoware can build its own identity under it.

9. Knoware told Defendants about its rights on October 13, 2026. Defendants have enlarged the eyes of their icon, and they now match the size of the Knoware Character's eyes. Defendants' counsel confirmed receipt on November 9, 2026. Defendants did not stop. They took Grok Bot out of beta two days later, and they put the character on the Sphere the week after that.

10. Knoware asks the Court to enjoin Defendants' use of the infringing icon and to award Knoware its damages, Defendants' profits, a reasonable royalty, enhanced damages of up to three times, and its attorneys' fees. If the Court

declines to enjoin that use, Knoware asks for an ongoing royalty in its place.

## THE PARTIES

11. Plaintiff Knoware Inc. is a Delaware corporation headquartered at 8 The Green, Suite A, Dover, Delaware 19901. Its principal place of business is at 5207 Rose Canyon Court, Rancho Cordova, California 95742, and it also has a place of business in Vancouver, British Columbia. Knoware develops and offers artificial intelligence software as a service. Alexander ("Alex") Clark is Knoware's founder and Chief Executive Officer.

12. Defendant Space Exploration Technologies Corp. is a Texas corporation with its principal executive offices at 1 Rocket Road, Starbase, Texas.[1] Its Class A common stock has traded on the Nasdaq Stock Market under the symbol SPCX since June 12, 2026.[2] SpaceX does business in California and in this District.

13. Defendant SpaceX Super Intelligence LLC is a Nevada limited liability company with its principal offices at 800 W. Cesar Chavez Street, Austin, Texas 78701.[3] On information and belief, it is the successor to X.AI Corp. and was formerly known as X.AI LLC and as SpaceXAI LLC. The copyright notice on the Grok Bot product page named X.AI LLC through August 21, 2026, SpaceXAI LLC from August 25, 2026, and SpaceX Super Intelligence LLC from October 29, 2026. It is commonly known as "xAI," and Knoware refers to it by that name. In a

[1] Space Expl. Techs. Corp., Current Report (Form 8-K), Exhibit 99.1 (Oct. 20, 2026), https://s21.q4cdn.com/184289198/files/doc_financials/2026/q3/Q3-2026-8-K-Earnings-Release-2026-10-20-13-10.pdf [hereinafter Q3 Earnings Release]. Cover page of the Form 8-K.

[2] *SpaceX IPO Makes History as Largest Ever. Stock Gains 19% on First Day*, NPR (June 12, 2026), https://www.npr.org/2026/06/12/nx-s1-5855004/stock-ai-spacex-ipo-elon-musk. Body of the article.

[3] SpaceXSI, *X Subscription Cursor Addendum*, x.ai, https://x.ai/legal/x-subscription-cursor-addendum (last visited Nov. 22, 2026). Section 1.7, as returned by a search index on November 22, 2026. SpaceXSI, *X-Subscription Consumer Terms of Service*, x.ai, https://x.ai/legal/x-subscription-terms-of-service (last visited Nov. 22, 2026) [hereinafter *Consumer Terms*]. Opening paragraph, as returned by a search index on November 22, 2026.

filing with the USPTO on September 23, 2026, X.AI LLC gave its address as 1450 Page Mill Road, Palo Alto, California, which is within this District, as alleged below. xAI develops and markets the "Grok" line of artificial intelligence products, including Grok Bot. The Grok Bot pages of the x.ai website carry a copyright notice in its name.[4]

14. Defendant X Subscription Corp. is a corporation with its principal office at 800 W. Cesar Chavez Street, Austin, Texas 78701. Knoware does not yet know its state of incorporation. On information and belief, it is a direct or indirect subsidiary of SpaceX. X Subscription Corp. sells The X Subscription, the plan through which Defendants now sell Grok Bot. Defendants' terms identify it as the merchant of record for those sales.

15. Defendant X Corp. is a Nevada corporation with its principal place of business in Bastrop, Texas, as X Corp. has stated in its own court filings. On information and belief, it is an indirect subsidiary of SpaceX. X Corp. operates the X social media platform. Since August 29, 2026, Apple's App Store has listed X Corp. as the developer and seller of the Grok Bot app for iOS. On August 12, 2026, Apple's page listed the developer as Anysphere and the seller as Anysphere Incorporated.

16. On February 2, 2026, SpaceX acquired X.AI Holdings Corp., the parent of xAI. SpaceX has reported to the Securities and Exchange Commission that, as a result, "xAI became a wholly-owned subsidiary of the Company." xAI has been a wholly owned subsidiary of SpaceX since that date.

17. SpaceX runs its artificial intelligence business under several names. They include xAI, SpaceXAI, SpaceXSI, and SpaceX Super Intelligence. The x.ai website now uses the name SpaceXSI and carries a copyright notice in the name of

[4] SpaceXSI, *Introducing Grok Bot*, x.ai (Aug. 11, 2026), https://x.ai/news/introducing-grok-bot [hereinafter *Launch Post*]. Footer notice. SpaceXSI, *Introducing Grok Bot 1.0*, x.ai (Nov. 11, 2026), https://x.ai/news/grok-bot-1-0 [hereinafter *1.0 Post*]. Footer notice.

SpaceX Super Intelligence LLC. The Grok Bot app on Google Play is offered under the developer name "SpaceX Super Intelligence."[5]

18. SpaceX directs and controls xAI. According to published reports, SpaceX's President and Chief Operating Officer has had a formal part in overseeing xAI's operations since the acquisition closed. SpaceX's Chief Financial Officer took charge of xAI's financial operations in February 2026. In April 2026, SpaceX's Senior Vice President of Starlink Engineering became president of xAI while keeping his SpaceX post. Other SpaceX managers lead xAI's compute infrastructure and data functions. One person served as Chief Executive Officer of both companies until the acquisition. On LinkedIn, the overlap is visible. A search on November 22, 2026 for people who list xAI as their current employer, under either of its LinkedIn names, and whose profiles refer to SpaceX returned at least 250 people. They include people who describe themselves as working at SpaceX, and people who list positions at SpaceX and at SpaceXAI at the same time.

19. Two affiliated companies also take part in the Grok Bot business. Knoware refers to them together as the "Affiliates." They are not named as defendants at this time. On information and belief:

(a) Anysphere, Inc. makes the Cursor software and is based in San Francisco, California. Its published Cursor Addendum dated October 27, 2026 identifies it as a Texas corporation.[6] Since August 14, 2026, it has been a wholly owned subsidiary of SpaceX.

(b) X.AI Holdings Corp. is a Nevada corporation, the parent of xAI and of X Corp., and a subsidiary of SpaceX.

20. The part that each Defendant played is set out below under the heading "Each Defendant's Part." Knoware does not sue any Defendant only because it

[5] *Grok Bot*, Google Play, https://play.google.com/store/apps/details?id=ai.x.grok.bot (captured Nov. 11, 2026) [hereinafter Google Play Listing]. Developer field. A copy of the capture is part of **Exhibit F**.

[6] X Subscription Cursor Addendum § 1.2 (updated Oct. 27, 2026) (identifying Anysphere as a Texas corporation with principal offices in San Francisco).

owns another company. On information and belief, in doing the things alleged in this Complaint each Defendant also acted as the agent of the other Defendants, and each authorized and benefited from the acts of the others.

21. Knoware does not yet know the full role that each Affiliate played. Knoware will seek leave to amend this Complaint to add any Affiliate as a defendant if discovery warrants. Knoware also reserves the right to seek leave to add as defendants Elon Musk, SpaceX's chief executive officer, and any other individual who authorized, directed, or took part in the infringement.

## JURISDICTION

22. This action arises under the Lanham Act, 15 U.S.C. § 1051 et seq., and the Copyright Act, 17 U.S.C. § 101 et seq. The Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b). The Court has supplemental jurisdiction over Knoware's claim under California law under 28 U.S.C. §§ 1338(b) and 1367(a).

23. The Court has personal jurisdiction over xAI. xAI maintains offices in Palo Alto, California. In September 2026, X.AI LLC told the USPTO that its address is 1450 Page Mill Road, Palo Alto, as alleged below. On information and belief, xAI has employees there and conducts continuous and systematic business in this District. xAI also purposefully directed the conduct at issue to California. It developed Grok Bot together with Anysphere, a San Francisco company. It markets and distributes Grok Bot and the Grok Bot Icon to consumers and businesses in California and in this District. In September 2026 it hosted Grok Bot promotional events in San Francisco. A Grok Bot billboard stood in San Francisco by November 2, 2026, as shown in **Figure 2** below.[7] On information and belief, xAI placed that billboard and other outdoor advertising for Grok Bot in San

[7] *Casual San Francisco Stroller Walk Around the Block*, Facebook (Nov. 2, 2026), https://www.facebook.com/brittany.decker1/videos/casual-san-francisco-stroller-walk-around-the-block/1141077281644115/.

Francisco and at San Francisco International Airport.

24. The Court has personal jurisdiction over SpaceX. SpaceX purposefully directed its activities to California and to this District, and Knoware's claims arise out of those activities. On April 19, 2026, SpaceX signed a compute agreement and a call option agreement with Anysphere, a San Francisco company. SpaceX then worked with Anysphere to develop the product that launched as Grok Bot and supplied computing capacity for that work. On June 16, 2026, SpaceX signed a merger agreement with Anysphere, and on August 14, 2026, it completed the merger. SpaceX now owns and controls Anysphere's San Francisco business. Directly and through xAI and the Affiliates, SpaceX offers, distributes, and advertises Grok Bot and the Grok Bot Icon to consumers and businesses in California and in this District, including through outdoor advertising and promotional events in San Francisco. A Grok Bot billboard in San Francisco is shown in **Figure 2** below. On information and belief, SpaceX also maintains substantial and continuous operations in California. The harm from this conduct falls on Knoware in California.

25. The Court has personal jurisdiction over X Corp. and X Subscription Corp. Each purposefully directed its activities to California and to this District, and Knoware's claims arise out of those activities. X Corp. distributes the Grok Bot app, under the Grok Bot Icon, to users in California through Apple's App Store, and it promotes Grok Bot to users in California on the X platform. In its 2026 annual report filed with the Florida Department of State on April 23, 2026, X Corp. identified 1450 Page Mill Road, Palo Alto, California 94304, within this District, as its current principal place of business and mailing address. A November 25, 2025 order of this District also identified X Corp. as maintaining offices in San Jose and Palo Alto.[8] X Subscription Corp. sells subscription plans

[8] X Corp., 2026 Foreign Profit Corporation Annual Report, Fla. Dep't of State, Doc. No. F23000002740 (filed Apr. 23, 2026); *In re Ex Parte Application of HYBE Co., Ltd.*, No. 5:25-mc-80176-NW, ECF No. 18, at 2, 4 (N.D. Cal. Nov. 25, 2025).

that include Grok Bot to customers in California. On information and belief, each derives substantial revenue from customers in California and in this District. The harm from this conduct falls on Knoware in California.

## VENUE

26. Venue is proper in this District under 28 U.S.C. § 1391(b)(2). A substantial part of the events giving rise to Knoware's claims occurred here. Anysphere is based in San Francisco. Its systems received Mr. Clark's work. On information and belief, Grok Bot and its icon were designed and developed in substantial part at Anysphere's San Francisco offices and at xAI's offices in this District. Defendants advertise and distribute Grok Bot in this District. A Grok Bot billboard stood in San Francisco by November 2, 2026, as shown in **Figure 2** below. In September 2026, Defendants held two Grok Bot promotional events in San Francisco.

27. Defendants brought their advertising for Grok Bot into this District. By November 2, 2026, a billboard for Grok Bot stood on the side of a building in San Francisco, beside a parking lot. **Figure 2** is a frame from a video of it that was posted on Facebook that day. The billboard carries the name Grok Bot and the family of characters that Defendants built on the Grok Bot Icon: a dark, round face with two light eyes, and other characters in teal, purple, blue, and red, each with the same two eyes. The same design later appeared on a billboard in Chicago, as alleged below. On information and belief, Defendants placed this billboard and other outdoor advertising for Grok Bot in San Francisco and at San Francisco International Airport. People in this District saw the Grok Bot Icon on their own streets.




**Figure 2: Grok Bot billboard, San Francisco (frame from a Facebook video posted November 2, 2026)[9]**

28. Venue is also proper under 28 U.S.C. § 1391(b)(1) and (c)(2), because each Defendant is subject to personal jurisdiction in this District and so resides here for venue purposes. Venue for the copyright claims is proper under 28 U.S.C. § 1400(a), because each Defendant or its agent may be found in this District.

## <u>DIVISIONAL ASSIGNMENT</u>

29. This is an Intellectual Property Rights action. Under Civil L.R. 3-2(c) and 3-5(b), it is subject to assignment on a district-wide basis.

## <u>FACTUAL ALLEGATIONS</u>

### A. Knoware and Its Founder

30. Knoware offers artificial intelligence software as a service through its website. The website has operated at knoware.ai since at least March 2025. The Internet Archive's first copy of Knoware's site there is dated March 20, 2025. Since September 2026 it has also operated at knoware.finance. Knoware's software uses artificial intelligence to integrate, correlate, and analyze a user's data and to

[9] Frame at about 0:04 of *Casual San Francisco Stroller Walk Around the Block*, Facebook (Nov. 2, 2026), https://www.facebook.com/brittany.decker1/videos/casual-san-francisco-stroller-walk-around-the-block/1141077281644115/ (last visited Nov. 22, 2026).

answer the user's questions about it. Knoware's current product is directed to personal finance. It brings a user's accounts, assets, debts, and transactions together in one place. It shows the user what has changed, what needs attention, and what is coming up, and it points out opportunities and risks across cash, debt, spending, and investments. A further service, which Knoware calls Financial Navigation, lets the user model a major decision, such as buying a home or retiring earlier, and test it against recessions, inflation, changes in interest rates, and past financial crises.

31. Mr. Clark wrote Knoware's software. He is the author of every human-authored commit in Knoware's code repositories. Mr. Clark is an experienced software developer and entrepreneur. He has written software since he was a child, and as a young man he set out to be a cartoon animator. He wrote the first version of his earlier company's product himself and designed a programming language for it. He co-founded Bit Stew Systems, an industrial software company, and General Electric Co. bought it in 2016 for a reported $205 million.[10]

**B. Mr. Clark Creates the Knoware Character in July 2025**

32. On July 25, 2025, Mr. Clark wrote a specification for a new Knoware logo. He described a character with eyes that move. The specification stated: "Knoware logo's eyes follow the mouse. If no mouse movement for a while, the eyes randomly look around. The eyes occasionally blink." It stated that the character would yawn after a period of inactivity, fall asleep, and jolt itself awake. Mr. Clark committed that part of the specification to Knoware's code repository at 7:43 a.m.

33. The same day, Mr. Clark recorded the character's geometry. He specified a 300-unit canvas, a 280-unit circle, and two eyes, each 40 units wide and 80 units tall, at set positions on the face. A copy of the specification and the commit records

[10] Nathan Caddell, *Alex Clark's First Company Sold for $200 Million*, BCBusiness (Apr. 1, 2021), https://bcbusiness.ca/business/tech-science/alex-clarks-first-company-sold-for-200-million-can-messaging-app-quantum-pigeon-serve-as-his-encore/.

that date it is attached as **Exhibit E**. He committed the geometry at 2:21 p.m.

34. Between July 25 and July 27, 2025, Mr. Clark drew the logo in four versions. He drew it in SVGator, a browser-based vector drawing tool, and by editing the drawing's code by hand. He did not use any generative AI image tool. He did not use a template or a stock graphic. The fourth version, completed on July 27, 2025, is the final logo (the "Knoware Logo"). Mr. Clark then set the logo's proportions by formula in a spreadsheet. He made the width of each eye the diameter of the face divided by 6.6, the height of each eye twice its width, and the space between the eyes one eye-width. He set the widths of the rings and the spaces between them in the same way.

35. The Knoware Logo is a frontal portrait of a character's face. The face is a solid black circle. Its only features are two identical eyes. Each eye is an upright capsule with rounded ends, about twice as tall as it is wide. The eyes are pale against the black face. They sit close together, about one eye-width apart, in the upper part of the face. The face has no mouth, no nose, and no eyebrows. The eyes sit high. Their tops reach into the upper third of the face, and about the lower 40 percent of the face is unbroken black. Four bands frame the face: a thin charcoal ring, a thin ring in muted colors, a black band, and an outer band in saturated colors. The outer band is not a color wheel. Its colors run from red at the left to pink at the right, once across the top and once across the bottom, and the two runs meet in teal at the top and at the bottom. The muted ring repeats that arrangement at lower intensity. The outer band is set slightly higher than the face, so the black band is wider above the face than below it.

36. Each of these features was a choice. Mr. Clark tried larger eyes and smaller eyes. He widened the space between the eyes and raised them on the face. He removed the shading from the face and left it a flat black. He left out a mouth, a nose, and eyebrows so that the character's expression would come from its eyes alone. He changed the rings from two matching muted bands to one vivid band and

one softened band. Other choices would have made a different face: dots, ovals, or arcs for eyes; eyes set wide apart or at the center of the face; a mouth.

37. In the same three days, Mr. Clark built the character in animated form (the "Knoware Character"). The Knoware Character is the same face in motion. Its eyes follow the user's cursor. When the cursor is still, the eyes look around on their own. The eyes blink at intervals. After a period of inactivity, the character yawns, falls asleep, and breathes as it sleeps. It jolts awake when the user returns.

38. Mr. Clark chose which movements the character makes, the order in which they occur, how long each one lasts, and how often each one repeats. Those choices give the character its personality.

39. The choices are specific. In the version that Knoware tagged as Release 1.8 on July 28, 2025, each eye is twice as tall as it is wide, and the eyes sit one eye-width apart. When the cursor is still, the eyes drift left, right, down, or diagonally downward, but never upward. They hold each look for one to three seconds and then return to center. After about half a minute without activity, the character yawns for about three seconds and then blinks twice. After a third yawn it falls asleep. It wakes when the cursor moves.

40. Knoware's code repository records the order in which Mr. Clark made the character. All times are Pacific. At 7:43 a.m. on July 25, 2025, he committed the written description of the character's behavior. At 2:21 p.m., he committed its geometry. At 2:49 p.m., he created the character's source file, Knoware.tsx. By 2:53 p.m., the file held the two eyes, each 40 units wide and 80 units tall, with their offsets. At 3:14 p.m., he committed the face: a 300-pixel black circle with two white, fully rounded eyes, each 40 pixels wide and 80 pixels tall. At 3:17 p.m., he turned those sizes into proportions, so that each eye is the face's diameter divided by 7.5 in width and twice that in height. He wrote that code himself, with one exception. At 2:53 p.m., he asked Cursor's AI agent how to position an element relative to its parent, because one eye sat lower than the other. At 2:54 p.m., the

tool changed two position settings, which put both eyes on one line. At 3:18 p.m., he gave the AI agent its first instruction about how the character behaves. He wrote: “I would like an effect where the eyes move to track the mouse from left to right relative to the cursor position on the page.”

41. Over the next three days, Mr. Clark directed the tool and tuned its work by hand. The repository records 23 commits to Knoware.tsx between 2:49 p.m. on July 25, 2025 and 4:43 p.m. on July 28, 2025. Mr. Clark made every one of them. Cursor’s records on his computer preserve 108 instructions that he gave the AI agent in the main session, each with its time. His instructions set the character’s behavior before the code existed. At 4:30 p.m. on July 25, he asked for “a somewhat randomized blinking effect to simulate real blinking timing.” At 11:16 a.m. on July 26, he set the blink to come every four to six seconds, which he described as a natural human blink rate. At 11:22 a.m., he asked for the eyes to look left and right at random when the mouse is idle. At 12:33 p.m., he asked for a yawn after a set period of idleness. At 1:49 p.m., he set the yawn to open in half a second, hold for two seconds, and close in half a second. At 2:09 p.m., he asked for the character to blink twice after a yawn. At 2:13 p.m., he asked for the eyes to become crescent shapes at the peak of the yawn. At 3:11 p.m., he asked for the character to fall asleep after three yawns.

42. Mr. Clark also changed the code with his own hands. At 1:59 p.m. on July 26, he recorded that he had changed the amount by which the eyes close, to 95 percent. At 2:07 p.m., he recorded that he had adjusted a value that controls the yawn, from 0.2 to 0.4. He set the timing values for the wait before the yawn and for the recovery after it. On July 27, 2025, he wrote the character’s color themes for light and dark modes. The look of the character, its proportions, the timing of its movements, and its colors are his.

43. Knoware refers to the character’s face, in its static form as the Knoware Logo and in its animated form as the Knoware Character, as the “Knoware Mark.”

Mr. Clark designed the face to stand on its own, and the ring as a frame that changes with context. In Knoware's code, the face is one component and the ring is a separate wrapper drawn around it. From the day the ring was added, July 27, 2025, it took its colors from the part of the application on screen: blue on the Transactions pages, green on the Accounts pages, red, pink, and amber on the Liabilities pages, and so on. The outer band of the Knoware Logo combines seven colors from the same color families, because the logo stands for the application as a whole. The ring changes from page to page. The face does not. The face makes its own commercial impression, with or without the rings that frame it in the Knoware Logo.

44. On July 27, 2025, Mr. Clark committed the changes that made the Knoware Logo the website icon and the home-screen app icon, and that placed the Knoware Character on the home page, the login page, the Privacy Policy page, and the Terms of Service page. Those pages could be viewed without signing in. On July 28, 2025, Knoware tagged the changes as Release 1.8 of its software. Knoware deployed Release 1.8 to its public website, knoware.ai, no later than August 20, 2025, and the Knoware Logo and the Knoware Character were first published no later than that date. Knoware deployed its website by hand at that time, without an automated workflow that would have logged the date.

45. Mr. Clark assigned his rights in the Knoware Logo, the Knoware Character, and the related source code to Knoware by written agreement. Knoware owns all right, title, and interest in them.

### C. The Dated Record of Mr. Clark's Work

46. **Figures 3 through 12** show the record of Mr. Clark's work on the Knoware Character and the date of each step. They are drawn from Knoware's Git repository, from Cursor's records on Mr. Clark's computer, and from his design workbook. The times are those that Git and Cursor recorded, in Pacific time. Each commit named in the figures is in Knoware's repository on GitHub, where

Knoware's counsel has verified it. Where a figure shows the character, the image was made by running or rendering Knoware's code as it stood at the commit named in the figure. Several are still frames from animations. Knoware has preserved the animations and will make them available to the Court and to Defendants.

47. **Figure 3** sets the two dates side by side. Mr. Clark committed the original drawing of the Knoware Logo to Knoware's repository on July 25, 2025, in commit 8fab5914. He tagged Release 1.8 on July 28, 2025. The earliest public appearance of the Grok Bot Icon that Knoware has documented is an archived copy of Defendants' product page from August 11, 2026. The Knoware Logo is more than a year older.




**Figure 3: The Knoware Logo (July 25, 2025) and the Grok Bot Icon (August 11, 2026)**

48. **Figure 4** shows the face replacing Knoware's earlier site icon. Until July 25, 2025, the icon was an unrelated orange design. At 2:21 p.m. that day, commit 8fab5914 replaced it with the black face and its two eyes. The site icon and home-screen icons in that commit show the face without a border. The same commit also added Mr. Clark's drawing of the logo with its rings, which no page displayed. On July 27, 2025, commit 41fef4ab made the ringed version the site icon, and that

version was tagged in Release 1.8. For those two days, the face alone was Knoware's icon. The borderless face may have been public for a brief time during those two days, as the icon that people saw when they downloaded Knoware's application, but that is not clear.




**Figure 4: Knoware's site icon before July 25, 2025, on July 25, and as tagged in Release 1.8**

49. **Figure 5** shows the order in which the character took shape over three days. The face became the site icon at 2:21 p.m. on July 25. Its first layout in code followed at 2:54 p.m., as a yellow placeholder with red eyes. The eyes followed the mouse by 4:28 p.m. and blinked by 4:32 p.m. The character yawned by 2:57 p.m. on July 26. The ring was added at 5:14 p.m. on July 27. Each step has its own commit and its own time. The face and its eyes came first, each behavior was added in a separate step, and the animated ring came last.




**Figure 5: Development of the Knoware Character, July 25 to 27, 2025**

50. **Figure 6** shows the first layout of the face in code. When Mr. Clark opened a Cursor session at 2:53 p.m. on July 25, the file already held the two eyes, each 40 units wide and 80 units tall, with their offsets. One eye sat lower than the other. Mr. Clark had written that first version himself. He asked the tool: "How do I make this position relative to the parent box? It seems to be at a different top than its sibling." At 2:54 p.m., the tool changed two position settings, and both eyes sat on one line. At 3:17 p.m., Mr. Clark's commit 7e7ca47c tied the size of the eyes to the diameter of the face. The eyes and their proportions were Mr. Clark's, and they were in the file before the tool touched it. The tool's part was a position setting that he asked for.




**Figure 6: The first layout of the face in Knoware.tsx (July 25, 2025, 2:53 to 3:17 p.m.)**

51. **Figure 7** shows the first behavior. Mr. Clark wrote to the tool: "I would like an effect where the eyes move to track the mouse from left to right relative to the cursor position on the page." The tool returned code, and Mr. Clark recorded the result in commit cad38ca3 at 4:28 p.m. The figure shows the eyes at rest and then turned toward a pointer at the right. The idea that the character watches the user was Mr. Clark's. The tool wrote code to carry it out.




**Figure 7: The eyes follow the pointer (July 25, 2025, commit cad38ca3)**

52. **Figure 8** shows the first blink. Mr. Clark asked for "a somewhat

randomized blinking effect to simulate real blinking timing." He also said how a blink should look: the eyes shrink to four pixels in height, evenly from the top and the bottom, while they keep tracking. Commit aa74f384 recorded the result at 4:32 p.m. The tool chose a delay of two to six seconds between blinks. Mr. Clark later set it to four to six seconds. He decided what a blink looks like, and he corrected its timing.




**Figure 8: The first blink (July 25, 2025, commit aa74f384)**

53. **Figure 9** shows three behaviors that Mr. Clark added on July 26, 2025. At 12:30 p.m., commit 4b6d55d4 made the eyes look around when the pointer is idle. At 2:57 p.m., commit 0a868f62 added a yawn after a period of idleness, eyes that curve shut during the yawn, and two quick blinks after it. For the last of these he wrote: "Can we make the face blink twice after a yawn (one after the other) then resume the normal timers?" The order of these movements and their timing are Mr. Clark's choices. They are the kind of selection and timing that the registration for the Knoware Animated Character covers.




**Figure 9: Idle gaze, yawn, and double blink (July 26, 2025)**

54. **Figure 10** shows when the animated ring arrived. It was added on July 27, 2025, in commit 1ae47a25 at 5:14 p.m., two days after the face. The ring had colors from its first renders. Its colors varied with the application and the theme. It is a separate layer that wraps the finished character. Knoware's registrations do not claim the ring. The character was complete without it.




**Figure 10: The animated outer ring is added (July 27, 2025, commit 1ae47a25)**

55. **Figure 11** compares Mr. Clark's design workbook with the released code. Five formulas in the workbook set the width of an eye, its height, the height at which both eyes sit, and the position of each eye. The same five expressions

appear in Knoware.tsx as tagged in Release 1.8. At a face 300 pixels across, each gives an eye 40 pixels wide and 80 pixels tall, and the two agree on all five measurements. Mr. Clark worked out the proportions of the face by formula, and the code carries them exactly.

WORKBOOK DIMENSIONS

### Five workbook formulas match the Release 1.8 eyes

Resting face at 300 px diameter. The workbook's HTML formulas and the tagged component agree to 0 px on all five measurements.

| Measurement | Numbers · HTML column | Knoware.tsx · tagged expression | Both at 300 px |
|---|---|---|---|
| Eye width | B8 B2÷7.5 | props.diameter / 7.5 | 40 px |
| Eye height | B9 B8×2 | eyeWidth * 2 | 80 px |
| Top of both eyes | B10 (B2÷2)-(B9×0.8) | faceWidth / 2 - eyeHeight * 0.8 | 86 px |
| Left eye x | B11 B2÷2-B8÷2-B8 | faceWidth / 2 - eyeWidth / 2 - eyeWidth | 90 px |
| Right eye x | B12 B2-B11-B8 | faceWidth - leftEyeX - eyeWidth | 170 px |

The workbook stores B2 = 132. The 300 px values above are calculated at a common face diameter.

**Figure 11: Mr. Clark's workbook formulas and the Release 1.8 code**

56. **Figure 12** compares what Mr. Clark made with what Defendants published. It lays one eye of the Knoware site icon of July 27, 2025 over each eye of the Grok Bot Icon as it stood on Defendants' product page on October 9, 2026. Each pair is centered, turned upright, and scaled to the same length, so the figure compares shape alone and not position or size. The overlap is the area that the two shapes share, divided by the area that they cover together. No stretching or shearing was applied. The left eye overlaps by 95.05 percent and the right eye by 75.03 percent, as alleged below.




Gray outline: Knoware. Blue outline: October 9 Grok Bot. The two eyes are individually centered, rotated upright and scaled to the same length. Their head positions and original sizes are therefore absent from these overlays.

**Figure 12: One Knoware eye over each Grok Bot eye (October 9, 2026)**

### D. Knoware Uses the Knoware Mark in Commerce

57. On July 27, 2025, Mr. Clark made the Knoware Logo the icon of Knoware's website and application. Knoware has displayed the Knoware Mark on its website with its software and services since it deployed Release 1.8. Knoware has had paying customers since December 2024, at first for an earlier product. The earliest sale that Knoware can show was made under the Knoware Mark took place on December 17, 2025, to an arm's-length customer in Canada, who wrote to Knoware that day about the invoice bearing the mark. Knoware's statement of use gives that date as its first use of the mark in commerce, and Knoware has used the mark in commerce continuously since then. As of November 23, 2026, Knoware has 18 registered users, four of whom are arm's-length. Knoware offers its software and services through its website to customers in any country, including throughout the United States and California.

58. The Knoware Logo is the browser icon on every page of Knoware's website. It is also the icon that appears when a user adds Knoware to the home screen of an Apple or Android device.

59. The Knoware Character appears in the header of Knoware's website beside the name "Knoware." It appears on the login page, in the site navigation, in the cookie notice, during onboarding, and during page transitions. Wherever it appears, it is animated.

60. Since December 2025, Knoware has offered paid subscriptions to its software. Its first customers each paid about $30 per month. Knoware has since

changed its pricing. Its core product is now free. Knoware has refunded its paying subscribers, and it plans to launch paid features in the coming months. The Knoware Logo appears on Knoware's checkout pages and invoices. Knoware also had about 160 users of an earlier product, about 90 of whom paid. From December 2025, when Knoware made the Knoware Logo the icon of its payment account, until it discontinued that product in July 2026, the invoices that its payment processor sent to those customers carried the Knoware Logo.

61. Independent records document that use. On December 17, 2025, an arm's-length customer paid Knoware CA$52.50 for a monthly subscription. The receipt that Knoware's payment processor emailed to the customer that day carried the Knoware Logo beside the name "Knoware." The customer replied the same day, and the reply reproduces the receipt with the logo. A copy of that email, with the customer's identifying details redacted, is attached as **Exhibit G**.

62. Since May 2026, Knoware has used the Knoware Mark in social media posts and in paid advertising, including on LinkedIn and Instagram.

63. The Knoware Mark is inherently distinctive. A dark, round face with two tall, pale eyes does not describe artificial intelligence software or any feature of it. Consumers who encounter the Knoware Mark understand it to identify a single source.

64. On December 5, 2025, Knoware applied to register the Knoware Logo as a service mark on the Principal Register of the United States Patent and Trademark Office ("USPTO"). Knoware filed the application under Section 1(b) of the Lanham Act, 15 U.S.C. § 1051(b), on the basis of its intent to use the mark in commerce. The application is Serial No. 99531272. It covers services in International Class 42, including software as a service featuring software using artificial intelligence for data integration, correlation, and analytics. The application describes the mark as "a solid circular design containing two vertically-oriented, rounded ovals positioned side-by-side near the upper center of the circle,"

outlined by rings. Color is not claimed as a feature of the mark. A copy of the USPTO record is attached as **Exhibit A**.

65. The USPTO examined the application and approved the mark for publication on the Principal Register. The mark was published for opposition on May 12, 2026. No one opposed it. The USPTO issued a Notice of Allowance on July 7, 2026. On November 25, 2026, Knoware filed its statement of use, signed by Mr. Clark, with specimens taken from Knoware's website. It gives December 17, 2025 as the date of first use of the mark anywhere and as the date of first use in commerce. In the statement of use, Knoware kept the services on which it uses the mark, software as a service featuring software using artificial intelligence for data integration, correlation, and analytics in the nature of data processing, and deleted the other services listed in the application. The registration will issue when the USPTO accepts Knoware's statement of use.

66. Knoware's application has been a public record since December 2025. From May 12, 2026, the published mark was available to anyone who ran a trademark search.

67. When the application matures to registration, Knoware will hold nationwide constructive-use priority as of December 5, 2025 under 15 U.S.C. § 1057(c). That date is eight months before Defendants first used the Grok Bot Icon.

68. Knoware's rights do not depend on registration. Knoware used the Knoware Mark in commerce before Defendants first used the Grok Bot Icon. Knoware's use in commerce is documented from December 2025, eight months before the Grok Bot launch. The Knoware Mark was on Knoware's public website no later than August 20, 2025.

**E. Knoware's Copyrights**

69. The Knoware Character is an original audiovisual work. The United States Copyright Office registered it under the title "Knoware Animated Character." The

registration is No. PA 2-611-543, effective October 16, 2026. It covers Mr. Clark's human-authored audiovisual expression in the selection, coordination, arrangement, and timing of the character's animated movements and expressions. It does not extend to the preexisting two-dimensional artwork, the computer program, AI-generated code, or the third-party animated ring. A copy of the certificate is attached as **Exhibit B**.

70. The source code that draws and animates the Knoware Character is an original computer program. The Copyright Office registered it under the title "Knoware Character Component." The registration is No. TX 9-654-280, effective October 27, 2026. It covers Mr. Clark's human-authored source code and modifications relating to the character's face geometry, animation tuning, and color options. It does not extend to AI-generated code, third-party code, the two-dimensional artwork, the audiovisual material, or the code for the ring. A copy of the certificate is attached as **Exhibit C**.

71. The Knoware Logo is an original pictorial work. On October 16, 2026, Knoware applied to register it as a work of the visual arts under Service Request No. 1-15282392421. Knoware delivered the deposit, the application, and the fee to the Copyright Office in proper form.

72. On October 27, 2026, the Copyright Office refused registration of the Knoware Logo. The stated ground was that the work "lacks the authorship necessary to support a copyright claim." On November 6, 2026, Knoware filed a First Request for Reconsideration. That request is pending. A copy of the refusal is attached as **Exhibit D**.

73. The refusal was mistaken. The Knoware Logo depicts a specific character's face. Mr. Clark selected and arranged its features: a black face, two tall capsule eyes set high and close together, a pale eye color, the absence of every other feature, and a frame of rings of different widths, colors, and intensities. That selection and arrangement meets the standard of originality. The Knoware Logo is

not a familiar symbol. It is not the conventional smiley face, which is a yellow circle with dot eyes and a curved mouth. It is built from five drawn elements that yield seven distinct parts in five color treatments: a black face, two eyes, a charcoal ring, a muted ring, a black band of varying width, and a saturated outer band. Nothing about the subject, a character's face, dictates any of them. The Knoware Logo is also the resting face of the character that the Copyright Office has registered in animated form, and whose source code it has registered, as alleged above.

74. Because the Copyright Office refused registration after Knoware delivered the required application, deposit, and fee, Knoware proceeds under the refusal provision of 17 U.S.C. § 411(a). Upon filing this action, Knoware will serve notice of the action and a copy of this Complaint as required by 17 U.S.C. § 411(a) and 37 C.F.R. § 205.13.

75. Knoware refers to the Knoware Animated Character, the Knoware Character Component, and the Knoware Logo together as the "Knoware Works."

76. Mr. Clark also made the face without its border. The site icon and home-screen icons that he committed on July 25, 2025 show the black face with its two eyes and no ring, as **Figure 4** shows. The face that he built in code that afternoon also had no ring. The face has always been its own component. When Mr. Clark added the ring on July 27, 2025, he added it as a separate wrapper, so that the face could be used without it. On November 26, 2026, Knoware applied to register two further works with the Copyright Office. The first, Knoware Logo (Without Border), Service Request No. 1-15312269821, claims the overall two-dimensional composition of the borderless face that Mr. Clark committed on July 25, 2025. It was filed as an unpublished work. The second, Knoware Animated Character (Without Border), Service Request No. 1-15312269869, claims Mr. Clark's timing and arrangement of the character's idle glances and yawns, which he added on July 26, 2025. It excludes the artwork and the audiovisual material already registered,

and the underlying code. Knoware requested special handling of both applications. The Copyright Office has not yet examined them. Knoware does not assert those two works in this Complaint. It asserts the three Knoware Works. Knoware reserves the right to seek leave to amend this Complaint to add claims on the two further works if and when they are registered.

**F. The Knoware Character Was Built in Cursor**

77. Cursor is an AI code editor. Anysphere makes it and sells it by subscription. Anysphere is based in San Francisco.

78. Mr. Clark has been a paying Cursor subscriber since December 2024. By July 2025, he was on Cursor Ultra, Anysphere's plan priced at $200 per month. Anysphere invoiced him at his Knoware email address.

79. Mr. Clark built the Knoware Character in Cursor between July 25 and July 28, 2025. He wrote the first version of the face himself on the afternoon of July 25, 2025, including its eyes and their proportions. He then generated most of the character's animation code with Cursor's AI agent, and he edited the code by hand to tune the animations and set the colors. Cursor's own records on Mr. Clark's computer show that he gave the AI agent 108 instructions in the main session. The specification, the files that define the Knoware Logo, and the character's source code were all in the Knoware code repository that he worked on in Cursor. Mr. Clark's instructions to the tool are preserved, word for word, with the time of each. They record his own design decisions. For the yawn, he told the tool to "simulate the eyes closing, the mouth opening, and the head tilting back like a real person's yawn." He also wrote: "I don't want the eyes changed. They're great."

80. Mr. Clark's Cursor account is set today to Privacy Mode, which Cursor describes as a setting under which a user's data is not used for training. Knoware does not yet know what the setting was in July 2025. Anysphere's records will show it. An archived copy of Cursor's terms dated July 7, 2025 states that Anysphere will not use a user's content to train AI models, or allow a third party to

do so, unless the user has explicitly agreed to that use. Cursor's security page of the same date states that code from users who were not on Privacy Mode was stored, and that staff might share prompt snippets internally. Cursor's Data Use page states that when Privacy Mode is on, a user's code is not used for training and is not stored by Cursor's model providers.[11] In a public listing for its Slack integration, Cursor states that when Privacy Mode is on, no data is retained or used for training by Cursor or by third parties.[12] Mr. Clark does not recall agreeing to any use of his work for training. Whatever the setting, Cursor's AI features worked by sending his prompts and code to Anysphere's servers. Knoware does not know whether Anysphere handled Mr. Clark's prompts and code as those statements describe. That information is in the possession of Defendants and Anysphere. The Cursor account was Mr. Clark's. Knoware does not sue on Anysphere's terms, and its claims do not depend on them.

81. On information and belief, by July 28, 2025, Anysphere's systems had received the written specification for the Knoware Character, the files that define the Knoware Logo, and the source code of the Knoware Character. Mr. Clark's session records show that the character's code reached Cursor directly. The specification and the logo files were in the repository that Cursor indexed. Cursor's security page of July 7, 2025 states that codebase indexing was on by default and uploaded every file that was not excluded, and nothing excluded those files. Knoware does not yet know how long Anysphere kept that material or who within Anysphere and its affiliates had access to it. Those facts are within the exclusive possession of Defendants and Anysphere.

82. The Knoware Mark was also available to Defendants and Anysphere through public channels. It was on Knoware's public website no later than August

[11] Anysphere, Inc., *Data Use & Privacy Overview*, Cursor, https://cursor.com/data-use (last visited Nov. 22, 2026). Paragraph on enabling Privacy Mode.
[12] *Cursor*, Slack Marketplace, https://slack.com/marketplace/A08SKDT6QUW-cursor (last visited Nov. 22, 2026). Entry headed LLM data tenancy policy.

20, 2025. It was in the USPTO's public records from December 2025. It was in Knoware's social media posts and advertising from May 2026.

### G. Grok Bot, Its Icon, and Cursor: Summary and Key Dates

83. Grok Bot launched to the public as a beta on August 11, 2026.[13] It left beta as version 1.0 on November 11, 2026.[14] The earliest public appearance of the Grok Bot Icon that Knoware has been able to document is also August 11, 2026.[15]

84. The buyer of Cursor was SpaceX, acting through a subsidiary. No xAI entity was a party to the merger agreement.[16] SpaceX and Anysphere signed a compute agreement and a call option agreement on April 19, 2026.[17] SpaceX

[13] *Launch Post*, *supra* note 4. The post is dated August 11, 2026, announces the launch as taking place that day, and describes the product as in beta. SpaceXSI, *Grok Bot Is Now Included with More Plans*, x.ai (Aug. 26, 2026), https://x.ai/news/grok-bot-more-plans [hereinafter *More Plans Post*]. In this later post, Defendants give August 11 as the date of the beta launch.

[14] *1.0 Post*, *supra* note 4. The post is dated November 11, 2026 and announces version 1.0 as launching that day. SpaceXSI, *AI Teammates That Finish the Work | Grok Bot*, x.ai, https://x.ai/bot (last visited Nov. 22, 2026) [hereinafter *Product Page*]. A banner at the top of the page states that Grok Bot is out of beta and links to the 1.0 post.

[15] *Grok Bot*, App Store, Apple Inc., https://apps.apple.com/us/app/grok-bot/id6794501026 (last visited Nov. 20, 2026) [hereinafter App Store Listing]. The version history lists version 1.0 of the iOS app on August 11 and later versions through November 2026. Benji Taylor (@benjitaylor), X (Aug. 11, 2026, 5:18 PM UTC), https://x.com/benjitaylor/status/2087227155076046995 [hereinafter Taylor Post]. Post and follow-up reply.

[16] Agreement and Plan of Merger by and among Space Expl. Techs. Corp., X67 Inc. & Anysphere, Inc. (June 16, 2026), https://www.sec.gov/Archives/edgar/data/0001181412/000162828026043411/exhibit101-8xk.htm [hereinafter Merger Agreement]. Filed as Exhibit 10.1 to the June 16, 2026 Form 8-K. The preamble names three parties: Anysphere, Inc., a Delaware corporation; Space Exploration Technologies Corp., a Texas corporation; and X67 Inc., a Delaware corporation wholly owned by SpaceX.

[17] Space Expl. Techs. Corp., Registration Statement (Form S-1) (May 20, 2026), https://www.sec.gov/Archives/edgar/data/0001181412/000162828026036936/spaceexplorationtechnologi.htm [hereinafter Form S-1]. Registration No. 333-296070. The filing states that SpaceX entered into a compute agreement with Anysphere, Inc., doing business as Cursor, on April 19, 2026, and entered into an option agreement at the same time. Merger Agreement, *supra* note 16. A recital states that the parties entered into the Call Option Agreement on April 19, 2026. The definitions give the same date for the Compute Agreement.

announced the option publicly on April 21, 2026.[18] The parties signed a merger agreement on June 16, 2026.[19] The merger became effective on August 14, 2026.[20]

85. Public sources tie Grok Bot and its icon to Cursor in three ways. First, press reports say that the product was built inside Cursor under the code name "Sand."[21] Second, the designers credited with the original icon include at least three people who worked at Cursor, and one of them wrote that he worked on the product's name and icon from the beginning.[22] Third, the app's download server, legal notices, and account system still point to Cursor and Anysphere.[23]

86. The beta launch came three days before the merger closed.[24]

87. The key dates are these:

---

[18] *SpaceX Has Deal for Right to Acquire Cursor for $60 Billion*, Bloomberg (Apr. 21, 2026), https://www.bloomberg.com/news/articles/2026-04-21/spacex-says-has-agreement-to-acquire-cursor-for-60-billion [hereinafter *Bloomberg April Article*]. Bloomberg reports that SpaceX announced the agreement in a post on X.

[19] Space Expl. Techs. Corp., Current Report (Form 8-K) (June 16, 2026), https://www.sec.gov/Archives/edgar/data/0001181412/000162828026043411/spaceexplorationtechnologi.htm [hereinafter June 16 Form 8-K]. Item 1.01. The report is signed by Bret Johnsen as chief financial officer.

[20] Space Expl. Techs. Corp., Current Report (Form 8-K) (Aug. 14, 2026), https://www.sec.gov/Archives/edgar/data/0001181412/000162828026056945/spcx-20260814.htm [hereinafter August 14 Form 8-K]. Item 2.01.

[21] Grace Kay, *Cursor Is Developing an AI Agent to Compete With Claude Cowork*, The Information (July 9, 2026), https://www.theinformation.com/articles/cursor-developing-ai-agent-compete-claude-cowork [hereinafter *Kay, Sand Article*]. Headline and public summary. The summary reports that Cursor was developing a general-purpose AI agent, citing two people familiar with the project. Grace Kay (@graceihle), X (Aug. 11, 2026, 5:18 PM UTC), https://x.com/graceihle/status/2087227149254029359 [hereinafter Kay August Thread]. Thread by the same reporter, posted nine minutes after the official launch announcement.

[22] Taylor Post, *supra* note 15. The reply credits the original icon design to four people, identified by their X handles: @kenneth_kuh, @justinjaywang, @lukebvrker, and @johnbai. Kenneth Kuh, LinkedIn, https://www.linkedin.com/in/kennethkuh/ (last visited Nov. 20, 2026) [hereinafter Kuh LinkedIn]. Profile headline and post about Grok Bot.

[23] *Product Page*, *supra* note 14. The download buttons link to a server at api2.cursor.sh, the sales links go to cursor.com, and the FAQ says that the product uses Cursor sign-in. App Store Listing, *supra* note 15. The copyright notice names Anysphere Inc.

[24] *Launch Post*, *supra* note 4. Dated August 11, 2026. August 14 Form 8-K, *supra* note 20. Effective time of August 14, 2026.

(a) March 12, 2026: The Information reports that xAI hired two senior leaders from Cursor.[25]

(b) April 2026: Work on the agent later launched as Grok Bot reportedly begins at Cursor.[26]

(c) April 19, 2026: SpaceX and Anysphere sign the compute agreement and the call option agreement.[27]

(d) April 21, 2026: SpaceX announces its right to acquire Cursor.[28]

(e) June 16, 2026: SpaceX, X67 Inc., and Anysphere sign the merger agreement.[29]

(f) Late June 2026: The agent is reportedly rolled out to Cursor employees under the code name Sand.[30]

(g) July 9, 2026: The Information publishes the first report on Sand.[31]

---

[25] Erin Woo & Theo Wayt, *XAI Hires Two Senior Leaders From Cursor to Catch Up on Coding*, The Information (Mar. 12, 2026), https://feature.theinformation.com/articles/xai-hires-two-senior-leaders-cursor-catch-coding [hereinafter *Woo & Wayt*]. The public listing names the two as Andrew Milich and Jason Ginsberg and says that both would report to Elon Musk.

[26] *Kay, Sand Article*, *supra* note 21. The public summary places the start of work after Cursor began leasing compute capacity from SpaceX's AI unit in April.

[27] Form S-1, *supra* note 17. Note describing the collaboration agreement. Merger Agreement, *supra* note 16. Recitals and the definition of Compute Agreement.

[28] *SpaceX Says It Can Buy Cursor Later This Year for $60 Billion or Pay $10 Billion for 'Our Work Together'*, CNBC (Apr. 21, 2026), https://www.cnbc.com/2026/04/21/spacex-says-it-can-buy-cursor-later-this-year-for-60-billion-or-pay-10-billion-for-our-work-together.html [hereinafter *CNBC*]. CNBC reports the two alternatives in SpaceX's post on X: buy Cursor for $60 billion later in 2026, or pay $10 billion for the joint work.

[29] June 16 Form 8-K, *supra* note 19. Item 1.01.

[30] Paul Drecksler, *Cursor Is Developing a General-Purpose AI Agent Called Sand to Rival Anthropic's Claude Cowork and Reach Non-Developers*, Shopifreaks (July 9, 2026), https://www.shopifreaks.com/cursor-is-developing-a-general-purpose-ai-agent-called-sand-to-rival-anthropics-claude-cowork-and-reach-non-developers/ [hereinafter *Drecksler*]. The item summarizes the report in The Information and attributes its account to it.

[31] *Kay, Sand Article*, *supra* note 21. The public listing gives a publication time of July 9, 2026 at 12:57 PM PDT. Grace Kay (@graceihle), X (July 9, 2026, 9:29 PM UTC), https://x.com/graceihle/status/2075331523855704404 [hereinafter Kay July Post]. Post by the reporter who wrote the article. It gives the product's internal name, Sand.

(h) On or about August 7, 2026: The Information reports that Cursor told its staff that the Cursor name would likely be phased out for new products. A summary of the report says that Sand could be renamed Grok Bot.[32]

(i) August 11, 2026: Grok Bot launches in beta. The iOS app and the icon appear publicly.[33]

(j) August 14, 2026: The merger becomes effective.[34]

(k) August 26, 2026: Access expands to more Grok and Cursor plans.[35]

(l) September 3, 2026: Defendants publish their account of how the Bot avatars were designed.[36]

(m) November 11, 2026: Grok Bot 1.0 is released, and the product leaves beta.[37]

### H. Grok Bot and the Grok Bot Icon

88. Grok Bot is a software product for creating AI agents, called "Bots," that Defendants describe as AI teammates. Each Bot has its own computer in the cloud, signs in to the user's tools, and comes back with finished work.[38] Users reach Bots through a desktop app, an iOS app, Slack, and Microsoft Teams, and Bots can join

[32] Grace Kay, *Cursor Maps Out Branding, Other Changes as SpaceX Acquisition Nears*, The Information (Aug. 7, 2026), https://www.theinformation.com/articles/cursor-maps-branding-changes-spacex-acquisition-nears [hereinafter *Kay, Branding Article*]. Headline, byline, and public summary. The reporter called it her story from Friday in a thread posted on Tuesday, August 11, 2026, and August 7 was the preceding Friday. *Cursor Brand Name May Not Survive SpaceX Acquisition*, PYMNTS (Aug. 9, 2026), https://www.pymnts.com/news/artificial-intelligence/2026/cursor-brand-name-may-not-survive-spacex-acquisition/ [hereinafter *PYMNTS*]. PYMNTS summarizes the report in The Information and links to it.

[33] *Launch Post*, *supra* note 4; App Store Listing, *supra* note 15; Taylor Post, *supra* note 15. Each of the three shows the date of August 11.

[34] August 14 Form 8-K, *supra* note 20. Item 2.01.

[35] *More Plans Post*, *supra* note 13. The post lists the plans that now include Grok Bot, among them SuperGrok, Cursor Pro, and the Cursor Teams plans.

[36] SpaceXSI, *Designing Grok Bot for a World of Persistent Agents*, x.ai (Sept. 3, 2026), https://x.ai/news/designing-grok-bot [hereinafter *Design Post*]. The post is dated September 3, 2026. It explains how the Bot avatars were designed.

[37] *1.0 Post*, *supra* note 4. The post is dated November 11, 2026 and announces version 1.0.

[38] *Product Page*, *supra* note 14. Headline and opening text of the page.

video calls.[39] Defendants also offer a Grok Bot app for Android.

89. Defendants promote Grok Bot for work with a user's data, including financial data. They have written that a Bot for finance work may need years of financial records. Their product page shows Bots that check invoices and manage expenses, and their website promotes Bots for accounting, data, and sales work.[40]

90. The product is often attributed to xAI.[41] Defendants have used several names for that business. SpaceX merged with xAI in February 2026.[42] Launch-day coverage called the publisher SpaceXAI.[43] The x.ai website now uses the name SpaceXSI and carries a copyright notice in the name of SpaceX Super Intelligence LLC.[44] The App Store names X Corp. as the developer and seller of the iOS app.[45]

91. Defendants' launch post is dated August 11, 2026. It states: "Today we're launching Grok Bot, AI teammates you can give real work to."[46] The post says that the product was in beta and available that day, on desktop and iOS, to subscribers

[39] *Id.* FAQ section.

[40] *Id.* Examples under the heading Bots work with your team, and each other, and the list of Bot jobs. *SpaceXSI* (home page), x.ai, https://x.ai/ (last visited Nov. 20, 2026) [hereinafter x.ai Home Page]. News items on building an accounting team, giving every team a data scientist, and a sales teammate.

[41] *Elon Musk's Grok Bot Has a $1 Million Domain Problem*, Yahoo Tech (Aug. 20, 2026), https://tech.yahoo.com/ai/meta-ai/articles/elon-musk-grok-bot-1-133641946.html. The article states that xAI announced Grok Bot on August 11.

[42] *SpaceX Strikes $60 Billion Deal for the Right to Buy AI Coding Startup Cursor*, Yahoo Finance (Apr. 2026), https://finance.yahoo.com/markets/article/spacex-strikes-60-billion-deal-for-the-right-to-buy-ai-coding-startup-cursor-143350832.html. The article states that Elon Musk merged SpaceX with xAI in February. Merger Agreement, *supra* note 16. The definition of Parent Equity Plans lists equity plans of xAI Corp. and xAI Holdings Corp. among SpaceX's own plans.

[43] *SpaceXAI Launches Grok Bot as the Agent Race Moves to Office Work*, The Next Web (Aug. 11, 2026), https://thenextweb.com/news/spacexai-grok-bot-ai-agents-cursor [hereinafter *Next Web Launch Article*]. The headline and text name SpaceXAI as the company releasing Grok Bot.

[44] *Launch Post*, *supra* note 4. Page title and footer. *Product Page*, *supra* note 14. Footer.

[45] App Store Listing, *supra* note 15. Developer and seller fields.

[46] *Launch Post*, *supra* note 4. The sentence opens the body of the post, below the date and the launch video.

of certain Grok and Cursor plans.[47] The product's official account on X announced it the same day with the words "Introducing Grok Bot, now in early beta."[48] The App Store version history lists version 1.0 of the iOS app on August 11.[49] On August 26, 2026, Defendants wrote that they "launched Grok Bot in beta on August 11."[50]

92. Later milestones are documented on the same site. Access expanded to more Grok and Cursor plans on August 26, 2026.[51] Version 1.0 was announced on November 11, 2026.[52] The product page now says that Grok Bot is out of beta.[53]

93. The launch post as now displayed lists more plans than the launch-day announcement on X did. On launch day, Defendants offered Grok Bot to subscribers of three plans. An Internet Archive copy of the launch post made at 17:40 UTC on August 11, 2026, 31 minutes after the announcement, shows the three launch plans and the notice "© 2026 X.AI LLC."[54]

94. The face of Grok Bot is its icon (the "Grok Bot Icon"). The Grok Bot Icon is a solid circle with two pill-shaped eyes. It has no mouth, no nose, and no eyebrows. Defendants display it as a black circle with white eyes. They also display it with the colors reversed.

95. Defendants use the same construction for the avatars of individual Bots.

[47] *Id.* As now displayed, the post lists SuperGrok, SuperGrok Plus, and SuperGrok Heavy; Cursor Pro, Pro+, and Ultra; and Cursor Teams Standard and Premium.

[48] Grok Bot (@bot), X (Aug. 11, 2026, 5:09 PM UTC), https://x.com/bot/status/2087224798078517251 [hereinafter @bot Launch Post]. A reply in the same thread says that the beta was available that day to SuperGrok Heavy, Cursor Ultra, and Cursor Teams Premium subscribers on desktop and iOS.

[49] App Store Listing, *supra* note 15. Version history section. Later entries run from version 1.1 on August 13 to version 1.26.0 in November 2026.

[50] *More Plans Post*, *supra* note 13. First sentence of the body of the post.

[51] *Id.* The post announces the expansion as taking effect that day.

[52] *1.0 Post*, *supra* note 4. Dated November 11, 2026.

[53] *Product Page*, *supra* note 14. Banner at the top of the page.

[54] *Launch Post*, *supra* note 4. As now displayed, the post lists plans that the More Plans Post describes as added on August 26, 2026. @bot Launch Post, *supra* note 48. The reply in the launch thread lists three plans. *More Plans Post*, *supra* note 13. The post lists the plans added on that date.

Their design post says that the avatar system uses "simple shapes and expressive eyes" and tells Bots apart through limited variations and accessories.[55] It says that the avatar also carries the Bot's state through motion. The states it names are idle, thinking, working, waiting, blocked, and done.[56] Image descriptions on the x.ai home page refer to the Grok Bot's eyes, to a Grok Bot mark, and to six Grok Bot avatars in different shapes and colors.[57] The product page's preview image is generated with the settings "shape=blob" and "colour=violet."[58]

96. Third parties who examined the shipped apps give more detail. One developer describes the app icon as "a white ball with two slanted black eyes on a black tile" and says that the character inside the app is black with white eyes.[59] Another describes the characters as flat, solid shapes, by default a black circle, with two white pill-shaped eyes tilted about 20 degrees.[60] A design gallery shows six small blob-shaped characters with eyes, in different colors, and says that each has an idle animation.[61]

97. The Grok Bot Icon is animated. Knoware observed it on Defendants' website on October 9, 2026. Its eyes moved while the cursor was still. Its eyes blinked. In one of three test rounds, its eyes also followed the cursor.

98. Every public appearance of the Grok Bot Icon that Knoware has

[55] *Design Post*, *supra* note 36. Section headed Who is this, in the passage on the system that the team settled on.
[56] *Id.* Section headed What are they doing.
[57] x.ai Home Page, *supra* note 40. The descriptions belong to the artwork for the Grok Bot 1.0 post and for later posts about accounting, data, and sales Bots.
[58] *Product Page*, *supra* note 14. The address of the page's social preview image is https://x.ai/api/og/bot?slug=%2Fbot&shape=blob&colour=violet&v=1.
[59] koshikraj, *Landing Page and README: Real Grok Bot Icon, Animated Logo and Cover*, GitHub, Pull Request No. 5, https://github.com/koshikraj/birdie/pull/5 (last visited Nov. 20, 2026). The author states that the icon file came from the installed Linux app and matches the App Store listing. The description appears under the heading Grok Bot icon.
[60] ThePeeps191, *Grok Bot Characters*, GitHub, https://github.com/ThePeeps191/grok-bot-characters (last visited Nov. 20, 2026). Research notes section.
[61] *Grok Bot Characters*, Memorables (Oct. 18, 2026), https://memorabl.es/work/grok-bot-characters [hereinafter *Memorables, Characters*]. The page credits the character design for the Grok Bot interface to Peng Zheng.

documented dates from August 11, 2026 or later. The iOS app was first released that day.[62] Benji Taylor, who leads design for SpaceXAI and X according to a design publication, posted that day that he had animated the company's new Grok Bot icon.[63] He wrote that the animated icon is built in code, so that it can change smoothly from any of its states, shapes, or expressions to another, and that he made it with Grok Build.[64] Grok Build is Defendants' AI coding agent. On information and belief, it runs on Defendants' Grok models. A design publication covered the character icons the next day.[65]

99. The icon family grew after launch. On August 21, 2026, Mr. Taylor posted an animation in which round mascots with pill-shaped eyes stack into a tower and fold into the logo.[66] On August 25, 2026, a design podcast released an interview with designer John Bai. Its notes list "The prototype that led to the Grok Bot mascot" as a topic.[67] On September 3, 2026, Defendants' design post listed the styles that the team explored before settling on the final system: initials, emoji, pixel art, watercolor, clay, line art, silhouettes, and identicons.[68] A design gallery later recorded eight new characters, credited as drawn and animated by Luke

[62] App Store Listing, *supra* note 15. Version history section.

[63] Taylor Post, *supra* note 15. The post went up nine minutes after the official launch announcement. *Grok Bot, Rounded Square Eyes*, Design Compass (Aug. 12, 2026), https://designcompass.org/en/2026/08/12/grok-bot-ai-teammate/ [hereinafter *Design Compass*]. The article describes Mr. Taylor as leading the design of SpaceXAI and X.

[64] Taylor Post, *supra* note 15. First of the two posts.

[65] *Design Compass*, *supra* note 63. The article reports that the icons change expression and shape with the Bot's state and that Mr. Taylor said that the whole set was created in code.

[66] *Grok Bot Mascots*, Memorables (Oct. 18, 2026), https://memorabl.es/work/grok-bot-mascots [hereinafter *Memorables, Mascots*]. The page credits the work to Benji Taylor and links to his original post at https://x.com/benjitaylor/status/2090853928795512981. The gallery describes the piece as a launch animation announcing Grok Bot on more plans.

[67] Ridd, *Whale Mascot*, Dive Club (Aug. 25, 2026), https://dive-club.beehiiv.com/p/whale-mascot [hereinafter *Dive Club*]. List of episode highlights. The newsletter issue introduces a podcast interview with John Bai about the Grok Bot design process.

[68] *Design Post*, *supra* note 36. Section headed Who is this.

Barker and Kenneth Kuh.[69] Mr. Kuh wrote that he and Mr. Barker led the first outdoor advertising campaign for Grok Bot, with placements in San Francisco and New York.[70]

100. Defendants use the Grok Bot Icon as a trademark. It is the app icon for Grok Bot on Apple's App Store and on Google Play. It appears on the Grok Bot product page at x.ai/bot. It appears in the Grok Bot desktop apps. It appears on Defendants' accounts on X. It appears throughout Defendants' guides and documentation for Grok Bot. It appears in Defendants' paid advertisements on Meta's platforms.[71] On information and belief, it also appears in Defendants' paid advertisements on Reddit and through Google, and Defendants promote Grok Bot under the icon inside the Cursor application and on the cursor.com dashboard. Captures of several of these uses are attached as **Exhibit F**.

### I. SpaceX Acquires Cursor

101. Cursor is the trade name of Anysphere, a private software company based in San Francisco.[72] The acquirer was SpaceX, a Texas corporation, acting through X67 Inc., a wholly owned Delaware subsidiary.[73] By the date of the merger agreement, equity plans of xAI Corp. and xAI Holdings Corp. were listed among SpaceX's own plans.[74]

[69] *New Grok Bot Characters*, Memorables, https://memorabl.es/work/new-grok-bot-characters (last visited Nov. 20, 2026) [hereinafter *Memorables, New Characters*]. Credit for the new characters. The page attributes the post sharing the new characters to Jenny Wen.

[70] Kuh LinkedIn, *supra* note 22. Post headed Grok Bot OOH Campaign. Kenneth Kuh, LinkedIn (Oct. 9, 2026, 6:43 PM UTC), https://www.linkedin.com/feed/update/urn:li:activity:7514395142200500224/ [hereinafter Kuh OOH Post]. Knoware captured the post on November 22, 2026. The time of the post is taken from its identification number.

[71] Meta Platforms, Inc., Ad Library, https://www.facebook.com/ads/library/?active_status=active&ad_type=all&country=US&view_all_page_id=762198483641760 (last visited Nov. 6, 2026). Listing of the advertisements run by advertiser page 762198483641760.

[72] Form S-1, *supra* note 17. Note describing the collaboration agreement.

[73] Merger Agreement, *supra* note 16. Preamble.

[74] *Id.* Definition of Parent Equity Plans in Section 1.01.

102. The earliest public link between xAI and Cursor in 2026 is a hiring. On March 12, 2026, The Information reported that xAI had hired two senior Cursor leaders, Andrew Milich and Jason Ginsberg.[75]

103. The earliest dated evidence of a purchase is contractual. On April 19, 2026, SpaceX and Anysphere signed a compute agreement and a call option agreement.[76] The option gave SpaceX "the right, but not the obligation, to acquire Cursor."[77] The merger agreement describes the option as exclusive.[78] SpaceX's registration statement says that the company had done early-stage diligence on Cursor.[79] Two details in the merger agreement point a few days earlier. It states Anysphere's outstanding share counts as of April 18, 2026, and its illustrative price calculation assumes a closing date of April 10, 2026.[80] Knoware does not yet know when the parties first began talks.

104. SpaceX announced the arrangement in a post on X on April 21, 2026.[81] According to Bloomberg, the post said that the two companies were working closely together to create "the world's best coding and knowledge work AI."[82] The post gave SpaceX's two alternatives: acquire Cursor for $60 billion later in 2026, or pay $10 billion for the joint work.[83] CNBC reported that The New York Times ran a story shortly after the post, sourced to two people, saying that SpaceX had agreed to buy Cursor for $50 billion, and that the Times later revised the story to

[75] *Woo & Wayt*, *supra* note 25. Headline, bylines, and excerpt.
[76] Form S-1, *supra* note 17; Merger Agreement, *supra* note 16. Both documents give the date of April 19, 2026.
[77] Form S-1, *supra* note 17. Note describing the collaboration agreement.
[78] Merger Agreement, *supra* note 16. Recital describing the Call Option Agreement.
[79] Form S-1, *supra* note 17. Note describing the collaboration agreement.
[80] Merger Agreement, *supra* note 16. Section 4.05(a), which defines April 18, 2026 as the Measurement Date, and the definition of Company Implied Per Share Value in Section 1.01, which refers to Schedule 1.
[81] *Bloomberg April Article*, *supra* note 18. Opening summary of the article.
[82] *Id.* The quoted words are Bloomberg's quotation of the SpaceX post.
[83] *CNBC*, *supra* note 28. Opening of the article.

reflect the post.[84] Cursor's chief executive, Michael Truell, posted that he welcomed the partnership with SpaceX as a way to scale up Composer, Cursor's AI model.[85]

105. SpaceX's registration statement later described the terms. The option could be exercised during the 30 days following the earlier of two dates: seven trading days after the completion of SpaceX's initial public offering, or September 30, 2026.[86] The price would be paid in SpaceX Class A common stock, based on an implied equity value for Cursor of $60.0 billion.[87] If SpaceX terminated the option agreement, Cursor would be entitled to a $1.5 billion termination fee under the option agreement and an $8.5 billion deferred services fee under the compute agreement.[88] Those two fees add up to the $10 billion figure in the announcement.

106. SpaceX exercised the option before the merger agreement was signed. The agreement recites that "Parent exercised the Call Option prior to the date hereof."[89] On June 16, 2026, SpaceX, X67 Inc., and Anysphere entered into the Agreement and Plan of Merger.[90] Under it, X67 Inc. would merge into Anysphere, and Anysphere would survive as a wholly owned subsidiary of SpaceX.[91] SpaceX reported the same day: "The Company currently expects the Merger to close during the third quarter of 2026."[92] Closing was subject to conditions that included required regulatory approvals.[93]

107. SpaceX reported that "on August 14, 2026 (the 'Effective Time'), the Merger became effective."[94] Holders of Anysphere's common and preferred stock

[84] *Id.* Body of the article.
[85] *Id.* CNBC reports the content of Mr. Truell's post on X.
[86] Form S-1, *supra* note 17. Description of the option agreement.
[87] *Id.* Description of the consideration.
[88] *Id.* Description of the termination terms.
[89] Merger Agreement, *supra* note 16. Recitals. Parent is the defined term for Space Exploration Technologies Corp.
[90] June 16 Form 8-K, *supra* note 19. Item 1.01.
[91] *Id.* Item 1.01, first paragraph.
[92] *Id.* Item 1.01, third paragraph.
[93] *Id.* Item 1.01, first paragraph.
[94] August 14 Form 8-K, *supra* note 20. Item 2.01. The report is signed by Bret

became entitled to a total of 389,289,254 shares of SpaceX Class A common stock.[95] Bloomberg reported the completion the same day.[96]

108. In short, a purchase was first provided for by contract on April 19, 2026, was announced on April 21, 2026, was agreed by merger agreement on June 16, 2026, and was completed on August 14, 2026.[97]

109. SpaceX has since told its investors what it paid. It reported that the acquisition was based on an implied equity value of $60 billion and that the purchase consideration under generally accepted accounting principles was $42.5 billion.[98]

### J. Grok Bot and Its Icon Came From Cursor

110. On July 9, 2026, The Information reported that Cursor was developing a general-purpose AI agent to compete with tools such as Anthropic's Claude Cowork.[99] Its public summary states that "Work on the new agent began after Cursor started leasing compute capacity in April" from SpaceX's AI unit.[100] The reporter wrote the same day that the product was "internally referred to as Sand" and described it as Cursor's first product for casual users of AI instead of developers.[101] Another outlet, citing The Information, reported that Cursor rolled the product out internally in late June 2026.[102]

111. On or about August 7, 2026, The Information reported that Cursor had

Johnsen as chief financial officer and dated August 14, 2026.

[95] *Id.* Item 2.01, second paragraph.

[96] *SpaceX Completes $60 Billion Acquisition of AI Startup Cursor*, Bloomberg (Aug. 14, 2026), https://www.bloomberg.com/news/articles/2026-08-14/spacex-completes-its-60-billion-cursor-acquisition. Bloomberg reports that the deal became effective on August 14 according to a regulatory filing.

[97] Merger Agreement, *supra* note 16; *Bloomberg April Article*, *supra* note 18; June 16 Form 8-K, *supra* note 19; August 14 Form 8-K, *supra* note 20. These four sources support the four dates in the order given.

[98] Q3 Earnings Release, *supra* note 1. Section headed Cursor Merger.

[99] *Kay, Sand Article*, *supra* note 21. Headline and public summary.

[100] *Id.* The quoted words come from the public summary of the article.

[101] Kay July Post, *supra* note 31. Text of the post.

[102] *Drecksler*, *supra* note 30. Item dated July 9, 2026.

told its staff that the Cursor name would likely be phased out for new products.[103] PYMNTS, summarizing that report, wrote that the agent known in-house as Sand could be renamed Grok Bot. It added that one source said that the branding was not final and that SpaceX could pick a different name.[104]

112. Grok is xAI's brand. A product built at Cursor was to carry xAI's brand before SpaceX's acquisition of Cursor had closed. On information and belief, Defendants and Anysphere were working together on the product and on its branding before the launch. Knoware's belief rests on that report, on the app's identifier, com.anysphere.sand, and on the launch of the product under the Grok name three days before the merger closed.

113. Minutes after the launch announcement on August 11, 2026, the same reporter wrote: "I first reported on the product, which was internally called Sand last month."[105] Engadget wrote that the product started at Cursor under the code name Sand and was built in part on SpaceXAI's computing capacity.[106] The Next Web tied the launch to its own July report that Cursor was building an office agent code-named Sand.[107] A third-party developer later reported that the installed Linux package for Grok Bot provides the internal name "sand," names SpaceXAI with a cursor.com email address as its vendor, and gives cursor.com as its home page.[108]

114. Defendants' own account is consistent with an internal origin but does not name Cursor as the source. The launch post says that Grok Bot was built as an

[103] *Kay, Branding Article*, *supra* note 32. Public summary shown on the article page.
[104] *PYMNTS*, *supra* note 32. Body of the article.
[105] Kay August Thread, *supra* note 21. Second post in the thread.
[106] *SpaceXAI's Grok Bot Is in Early Beta - Here's How to Try It*, Engadget, https://www.engadget.com/2259931/spacexai-grok-bot-early-beta-how-to-try/ (last visited Nov. 20, 2026). The statement appears in the article's description of the product.
[107] *Next Web Launch Article*, *supra* note 43. Paragraph referring to the site's July report.
[108] tannerpolley, *Research: Talk to Grok Bot Bots as T3 Threads in Their Own Sidebar Section*, GitHub, Issue No. 485 (Nov. 19, 2026), https://github.com/tannerpolley/t3code/issues/485. The observation concerns the Debian package grok-bot 1.1.0.

internal prototype that spread across the company.[109] The Grok account on X wrote that day that "Grok Bot started as an internal prototype" and had changed the way the company works.[110] Neither post names Cursor.[111] The internal use at Cursor from late June 2026 has been reported by the press and not by Defendants.[112]

115. Mr. Taylor credited the original icon design to four people: Kenneth Kuh, Justin Jay Wang, Luke Barker, and John Bai. His words were "full credit to the team for the original lovely icon design."[113]

116. Mr. Kuh's LinkedIn profile has listed him as Senior Brand Designer at Cursor, and his portfolio site reads "Design at Cursor, based in California."[114] Archived copies of the portfolio site read "Design at OpenAI" from December 2025 through July 20, 2026, and "Design at Cursor" first appears in October 2026. In a LinkedIn post about Grok Bot, he wrote that the project marked his shift from Cursor work to SpaceXAI work, and that he was involved in the product and its branding from the start.[115] He wrote that he had sent in his last PR the night before launch.[116] On information and belief, a PR is a pull request, which is a submission of code. He described the work as running "From landing the name and icon,

---

[109] *Launch Post*, *supra* note 4. Fourth paragraph of the body of the post.

[110] Grok (@grok), X (Aug. 11, 2026, 5:12 PM UTC), https://x.com/grok/status/2087225707504214130 [hereinafter @grok Post]. The post quotes the launch announcement.

[111] *Launch Post*, *supra* note 4; @grok Post, *supra* note 110. Neither post names Cursor as the origin of the prototype.

[112] *Drecksler*, *supra* note 30. The late June rollout is reported there on the authority of The Information.

[113] Taylor Post, *supra* note 15. The reply names the four by their X handles.

[114] Kuh LinkedIn, *supra* note 22. Profile headline. Kenneth Kuh, *Kenneth Kuh*, https://kennethkuh.info/ (last visited Nov. 22, 2026) [hereinafter *Kuh Portfolio*]. Site description. The site lists several Grok Bot projects, marked confidential, beside his work for Cursor.

[115] Kuh LinkedIn, *supra* note 22. Post headed Grok Bot. Kenneth Kuh, LinkedIn (Aug. 11, 2026, 7:27 PM UTC), https://www.linkedin.com/feed/update/urn:li:activity:7493025378425335808/ [hereinafter Kuh Launch Post]. Knoware captured the post on November 22, 2026. The time of the post is taken from its identification number.

[116] Kuh Launch Post, *supra* note 115. Body of the post.

going through probably 200+ sketches" to shipping the final app icon.[117] He thanked a team that included Justin Jay Wang, Luke Barker, Peng Zheng, John Bai, Benji Taylor, and Jason Ginsberg.[118] Mr. Ginsberg is one of the two Cursor leaders whom xAI hired in March 2026.[119]

117. Mr. Wang wrote in July 2025 that he had joined Anysphere "to help shape the brand and visual identity of Cursor."[120] That is the month in which Mr. Clark built the Knoware Character in Cursor. Mr. Wang's website now says that he has left Cursor. It does not give the date.[121]

118. Mr. Bai was the first New York design hire at Cursor, according to a design podcast that interviewed him about Grok Bot.[122] His portfolio lists Cursor, with a note that it was acquired by SpaceX, and lists Grok Bot among his products.[123]

119. Mr. Bai has described where the character came from. On August 12, 2026, he wrote on X that the original Grok Bot began as his exploration of an ambient computer assistant, to which he wanted to give an expressive face.[124] His post does not say when he made that exploration or what he drew on. The notes for his podcast interview list "The prototype that led to the Grok Bot mascot" among its topics. In that interview, Mr. Bai described, step by step, how the character came to be.[125]

[117] *Id.* Body of the post.
[118] *Id.* The post also names Tyler Howarth, Keith Ahn, Chang Liu, and Manuel Muñoz Solera.
[119] *Woo & Wayt*, *supra* note 25. Headline and excerpt, which name Mr. Ginsberg.
[120] Justin Jay Wang, *A New Canvas*, justinjay.wang, https://justinjay.wang/a-new-canvas/ (last visited Nov. 20, 2026). Opening sentence of the post. His X profile shows the same announcement dated July 16, 2025.
[121] Justin Jay Wang, *Justin Jay Wang*, justinjay.wang, https://justinjay.wang/ (last visited Nov. 20, 2026). Notes section of the home page.
[122] *Dive Club*, *supra* note 67. Opening paragraph of the issue.
[123] John Bai, *John Bai Portfolio*, https://bai.framer.website/ (last visited Nov. 20, 2026). List of employers and products.
[124] John Bai (@johnbai), X (Aug. 12, 2026, 3:56 PM UTC), https://x.com/johnbai/status/2087568828347679035. Text of the post.
[125] *John Bai - The Grok Bot Design Journey*, Dive Club (Aug. 25, 2026), https://

120. First, the product was built without a face. According to Mr. Bai, a small group of Cursor engineers built the first version on their own, as a pared-down version of an existing Cursor product. The host asked whether that original build had agents with faces. Mr. Bai answered: "Early iterations of it did not have them." He said that, early on, a Bot was shown only as a set of initials in a circle. He said that his teammates began giving their agents names and pictures, and that this turned into a decision to give the Bot a character by default.

121. Second, the character was Mr. Bai's own addition, and he made it in Figma first. Figma is a design program. Mr. Bai called his idea the Notch concept, and he said that its value lay mainly in having a little character. He said that he started with a sketch in Figma. He said that he used Figma to make an idea look good enough to describe it to Cursor, and that he did not start in Cursor. When an idea seemed worth committing to code, he built it. He said that the prototype of the product was called Sand internally, and that he used Sand to help him build the Notch concept. He described this as using the product itself to build his own idea of what the product could be.

122. Third, the character that he sketched began as a mascot based on Cursor's own logo. Mr. Bai said that the product was then still a Cursor product, and that Cursor's logo is a hexagon. He gave the logo eyes and made it simple and responsive. He said that this is where the Grok Bot mascot came from. He later called that first hexagonal figure with two eyes a seed that made its way into the final brand, and he said that it was not the art direction. He said that the brand designers then went through many versions, and that for a long time the team did not know what the product would be called.

123. Fourth, the motion was made the same way. Mr. Bai said that he laid

podcasts.apple.com/au/podcast/john-bai-the-grok-bot-design-journey/id1686414242?i=1000785773896. Episode notes and a published transcript of the episode, at https://pod.wave.co/podcast/dive-club-1/john-bai-the-grok-bot-design-journey. The statements cited are at about 1:08, 8:49, 8:58, 10:17, 12:02, 15:01, 15:12, 15:33, 19:02, 22:57, 33:09, 34:52, 37:54, 38:50, and 41:15 of the episode.

out the animation concept in Figma, gave it to Sand, and described what he wanted. He said that the tool did the work for him, first in Cursor and later in the browser. The host put it to him that his Figma work was a set of assets and storyboards that he fed to the models to create the finished piece. Mr. Bai agreed. He also said that the team began with a design that reused as much of Cursor's own componentry as it could, and he called the designers the Cursor design team.

124. Mr. Bai's account establishes four things. The Grok Bot character did not exist when the product was first built. It was added afterward and then changed through many versions. It was drawn in Figma and then turned into code and motion by AI tools, including Cursor and the Grok Bot prototype, working from his descriptions. And it was made at Cursor, by a Cursor designer, as part of a Cursor product. Mr. Bai also said that the team knows that the character resonates with users.

125. His account leaves the important questions open. It gives no dates. It does not say when the hexagon became a circle with two tall eyes, who made that change, or what the designers and their tools drew on when they made it. The host noted that Mr. Bai was then in his first year at Cursor, and Mr. Ugarte has placed the first line of the product's code about seven weeks before the launch of August 11, 2026. On those accounts, and on information and belief, the character was first built in code in or about June or July 2026, about a year after Mr. Clark built the Knoware Character. The Figma files and their version history, and the records of what Mr. Bai asked Cursor and Sand to produce and what they returned, will show each step and its date. Defendants and Anysphere hold those records.

126. Mr. Bai has also described how the character's motion is made. In a guide that Defendants published on August 24, 2026, he wrote that he describes the behaviors he wants to AI agents, and that the agents work out the character's movement and transitions. One of his early explorations had the character follow

the user's cursor.[126]

127. Mr. Barker is credited with Mr. Kuh for the wallpaper shown in Defendants' design post and for the later characters.[127] Knoware has not yet confirmed his employer.

128. A fifth designer, Peng Zheng, wrote on launch day that Grok Bot was the "first major product i've shipped at Cursor."[128] He added that he had worked on it from its earliest stage, and he credited the team at Cursor and SpaceXAI.[129] A design gallery credits him with the character design for the Grok Bot interface.[130] He later posted a link to Defendants' September 3 design post and said that he had written up the design thinking behind Grok Bot.[131]

129. The record also shows work from the X side. Mr. Taylor animated the icon and made the launch animation described above.[132]

130. Grok Bot still runs on Cursor's systems. The Grok Bot product page links its desktop download to a server at api2.cursor.sh and its sales contact to cursor.com.[133] The product page's FAQ states: "Grok Bot uses the same Cursor SSO, auth, and privacy mode you already trust."[134] The App Store listing carries the notice "© 2026 Anysphere Inc." and links its support page, its Grok Bot terms,

[126] John Bai, *Designing Grok Bot with Grok Bot*, x.ai (Aug. 24, 2026), https://x.ai/bot/guides/designing-grok-bot-with-grok-bot. Section headed Experiments.

[127] *Design Post*, *supra* note 36. A credit line for the dynamic wallpaper names Kenny Kuh and Luke Barker. *Memorables, New Characters*, *supra* note 69. Credit for the new characters.

[128] Peng Zheng (@pengzheng_), X (Aug. 11, 2026, 5:55 PM UTC), https://x.com/pengzheng_/status/2087236507769913383 [hereinafter Zheng Launch Post]. Opening words of the post. The post quotes the official launch announcement.

[129] *Id.* Body of the post.

[130] *Memorables, Characters*, *supra* note 61. Credit line and description.

[131] Peng Zheng (@pengzheng_), X (Sept. 3, 2026, 5:53 PM UTC), https://x.com/pengzheng_/status/2095570958350499868. The post links to the Design Post.

[132] Taylor Post, *supra* note 15; *Memorables, Mascots*, *supra* note 66.

[133] *Product Page*, *supra* note 14. The macOS download link is https://api2.cursor.sh/updates/download/stable/darwin-arm64/grok-bot-bd824e1890d8b96f. The sales link is https://cursor.com/contact-sales?product=grok-bot.

[134] *Id.* Answer to the question on data and privacy.

and the developer's privacy policy to cursor.com.[135] Runtime Wire reported on launch day that Anysphere appeared as the app's developer in the App Store and that Cursor hosted the desktop installers and the sales links.[136] Apple's own page listed the developer as Anysphere and the seller as Anysphere Incorporated on August 12, 2026. The listing changed between August 28 and August 29, 2026. The listing now names X Corp. as developer and seller.[137] The launch video in the launch post is served from a file whose name contains the words "cursor_bot."[138]

131. Grok Bot's beta launch on August 11, 2026 came three days before the merger became effective on August 14, 2026.[139] Press coverage at the time treated Grok Bot as a joint product of SpaceXAI and Cursor.[140] Work on the agent reportedly began in April 2026, the month in which the compute and option agreements were signed.[141]

132. Roman Ugarte was Cursor's fifteenth employee and led its growth team for two years. He then helped start Grok Bot and led its product. In an interview released on September 8, 2026, he said that a small team, set apart from the rest of the company, took Grok Bot from its first line of code to a working internal

[135] App Store Listing, *supra* note 15. Information section, App Privacy section, and the links at the end of the app description.
[136] *Cursor and SpaceXAI Launch Grok Bot for Work Beyond Coding*, Runtime Wire (Aug. 11, 2026), https://runtimewire.com/article/cursor-spacexai-launch-grok-bot-general-purpose-agents [hereinafter *Runtime Wire*]. Body of the article.
[137] App Store Listing, *supra* note 15. Developer and seller fields.
[138] *Launch Post*, *supra* note 4. The file is https://media.x.ai/v1/website/260810_2245_bw_dr_cursor_bot_edit_v8-60724aba.mp4. The post does not explain the file name.
[139] *Id.*; August 14 Form 8-K, *supra* note 20. The two dates are three days apart.
[140] *Runtime Wire*, *supra* note 136. The headline names Cursor and SpaceXAI as launching Grok Bot. *SpaceXAI Completes Its Cursor Acquisition Following Grok Bot and Grok 4.6 Release*, 9to5Mac (Aug. 14, 2026), https://9to5mac.com/2026/08/14/spacex-lands-deal-to-likely-purchase-claude-code-and-openai-codex-competitor/. The article links to the site's August 11, 2026 report, whose web address describes Grok Bot as an iPhone and Mac app from SpaceXAI and Cursor.
[141] *Kay, Sand Article*, *supra* note 21; Form S-1, *supra* note 17. The article's summary gives April for the start of work. The filing gives April 19, 2026 for the agreements.

product in about four weeks, and that the public launch followed about three weeks later. According to a published account, the team worked in a separate part of the office and used private Slack channels.[142]

133. In short, the company whose systems received the Knoware Character in July 2025 is the company where the Grok Bot Icon was designed in 2026.

**K. Defendants Trained Their Models on Cursor Users' Data**

134. SpaceX has told its investors why it wanted Cursor's data. Its registration statement says that Cursor's place in developers' daily work generates "valuable developer interaction data," including coding prompts, iteration cycles, and software architecture decisions. SpaceX wrote that it expects access to that data to improve the training of its models, including Grok. It also described what Cursor would contribute in exchange for SpaceX's computing capacity under the compute agreement of April 19, 2026: data and datasets, workflows, prompts, specifications, and software code.[143]

135. Cursor has said the same. In April 2026, it announced that it was partnering with SpaceX "to accelerate our model training efforts." When the acquisition closed on August 14, 2026, Cursor wrote that the closing completed a process that began with that partnership. It also wrote that, as part of SpaceX, it would have access to the largest fleet of GPUs in the world.[144]

136. On July 8, 2026, Cursor announced Grok 4.5, an AI model that it

[142] *How We Built Grok Bot in a Month | Roman Ugarte (SpaceXAI)*, Lenny's Podcast (Sept. 8, 2026), https://podcasts.apple.com/us/podcast/how-we-built-grok-bot-in-a-month-roman-ugarte-spacexai/id1627920305?i=1000788466289. Episode description and the segment that begins at 2:09. *Grok Bot for GTM Teams: Setup and Use Cases*, The GTM Newsletter, https://thegtmnewsletter.substack.com/p/grok-bot-gtm-teams-setup-use-cases (last visited Nov. 22, 2026). Section headed The inception.

[143] Form S-1, *supra* note 17. Discussion of the collaboration with Cursor and description of the compute agreement.

[144] Cursor, *Cursor Partners with SpaceX on Model Training* (Apr. 2026), https://cursor.com/blog/spacex-model-training. Cursor, *Cursor Is Now a Part of SpaceX* (Aug. 14, 2026), https://cursor.com/blog/joining-spacex. Opening paragraph of each post.

released together with SpaceXAI. Cursor wrote that the model's training "included trillions of tokens of Cursor data" drawn from its users' work with their code and software tools.[145] In the same post, Cursor disclosed that an earlier snapshot of its own codebase was accidentally included in the model's training.[146] Code can enter Defendants' training data without anyone intending it.

137. Defendants have said the same of their next model. Their model card for Grok 4.6, dated August 12, 2026, states that the model was built together with Cursor and "received supplemental training on anonymized Cursor workflow data."

138. Both models were released before SpaceX's acquisition of Anysphere closed. Data from Cursor's users therefore reached Defendants while Anysphere was still a separate company.

139. According to published accounts, The Information reported on October 15, 2026 that Cursor staff had investigated whether confidential data reached SpaceX for AI training while Grok Bot was being developed. According to those accounts, engineers raised the concern in late July 2026, and Cursor then reviewed which users appeared in the data that it had already sent.[147] According to a published summary of the report, the engineers raised the concern in an internal Slack channel. The data came from employees' use of the agent, then code-named Sand, and it may have included confidential information of customers, partners, and vendors. The summary states that the report does not say what the investigation found.[148] One account quotes The Information as reporting that an

[145] Cursor, *Introducing Grok 4.5* (July 8, 2026), https://cursor.com/blog/grok-4-5.
[146] *Id.* Note 2 of the post.
[147] *Cursor Tightens Grok Bot Training Rules After Employee Data Concerns*, TokenPost (Oct. 15, 2026), https://www.tokenpost.com/news/technology/32809. Body of the article.
[148] Grace Kay, *Cursor Staff Investigated Whether Confidential Data Reached SpaceX for AI Training*, The Information (Oct. 15, 2026), https://www.theinformation.com/articles/cursor-staff-investigated-whether-confidential-data-reached-spacex-ai-training. The article is behind a paywall. Knoware has read

internal lawyer warned that using the data for training could create a "huge trust problem."[149]

140. Defendants' own coding tool has taken users' code despite a privacy setting. In July 2026, a security researcher showed that Grok Build, the tool that Defendants' design lead used to animate the Grok Bot Icon, was uploading users' entire code repositories to xAI's cloud storage. xAI had marketed the tool as sending none of a user's codebase to its servers. According to published reports, the uploads continued when the user turned off the privacy setting, and SpaceX's chief executive confirmed the uploads and said that the data would be deleted. The researcher did not claim that the code was used for training.[150]

141. According to published reports, SpaceX's chief executive said that building a compelling AI requires a large amount of training data, and he named Cursor as one of only three organizations with enough coding training data. He gave that data as a reason for the Cursor acquisition.[151]

142. Knoware does not yet know whether Mr. Clark's Cursor sessions were among the data that Cursor supplied to Defendants. His account is set to Privacy Mode today, and Knoware does not yet know what the setting was in July 2025. Whether his sessions were included is known to Defendants and Anysphere.

only a published summary of it, at https://dealroom.co/news/info-9sa4ir-cursor-staff-investigated-whether-confidential-data-reached-spacex-for-a/.

[149] *SpaceX Bundles Grok, Cursor and X Premium From $8 to $200*, FourWeekMBA, https://fourweekmba.com/ai-spacex-bundles-grok-cursor-and-x-premium-from-8-to-200/ (last visited Nov. 22, 2026). Update dated October 17.

[150] *Grok Build Was Uploading Entire Git Repositories to xAI's Cloud, Including Committed Secrets*, The Next Web, https://thenextweb.com/news/grok-build-uploaded-entire-git-repositories-secrets (last visited Nov. 22, 2026). *Grok Build Sent Full Git Repositories to the Cloud, Researcher Finds*, eWeek (July 16, 2026), https://www.eweek.com/news/grok-build-developer-repos-cloud-upload-xai/.

[151] *Musk: Only 3 Companies Had Enough Coding Data to Build a "Compelling AI"*, Dealroom, https://x.com/ns123abc/status/2109105516941107311; https://app.dealroom.co/news/note/musk-spacex-bought-cursor-for-coding-data-in-60b-deal (last visited Nov. 22, 2026). *Musk Explains SpaceX's $60B Cursor Acquisition: Data Is the Moat*, Basenor, https://www.basenor.com/blogs/news/musk-explains-spacexs-60b-cursor-acquisition-data-is-the-moat (last visited Nov. 22, 2026).

### L. Defendants Saturate the Market With the Grok Bot Icon

143. Mr. Kuh's portfolio page lists four Grok Bot projects: Grok Bot Campaign NYC, Grok Bot Galaxy, Grok Bot After Dark, and Grok Bot. Each is marked "Confidential."[152] The project pages behind those tiles are not open to the public.[153]

144. Grok Bot After Dark was the name of evening events in San Francisco and New York. One event listing gives the San Francisco event as September 2, 2026 at 6:00 PM Pacific at Radhaus, hosted by SpaceXAI with Sarah Goomar and Mike McConnon.[154] A second listing gives a New York event at Public Records in Brooklyn and shows the two hosts with Cursor job titles.[155] Mr. Kuh's portfolio tile for the project shows the white circular icon beside the words "Grok Bot After Dark," set over a photograph of a crowd.[156]

145. Grok Bot Galaxy was a three-day event held from September 15 to 17, 2026 at The Howard, 661 Howard Street, San Francisco, with a livestream. Three people were to build a product from scratch with Grok Bot over the three days.[157] Mr. Kuh's portfolio tile shows a round black sign with two white eyes mounted on a building wall. A street banner for the University of San Francisco School of Management is visible in the photograph.[158] The sign appears in **Figure 1**. On information and belief, it was displayed at the Galaxy event.

[152] *Kuh Portfolio*, *supra* note 114. Home page and project tiles as captured on November 22, 2026.
[153] A request for https://kennethkuh.info/Grok-Bot-Campaign-NYC on November 22, 2026 returned an error page with an entry form.
[154] *Grok Bot After Dark | SF*, Mimetic Events, https://events.trymimetic.com/events/sf/grok-bot-after-dark-sf-sep-2026 (last visited Nov. 22, 2026). The listing marks the event sold out.
[155] *Grok Bot After Dark | NYC*, Serendipity, https://aadhar.sh/serendipity/event/evt-VE38u8cOZjzWpr8 (last visited Nov. 22, 2026). The listing shows September 2 as the date.
[156] *Kuh Portfolio*, *supra* note 114. Project tile as captured on November 22, 2026.
[157] *xAI Opens Grok Bot Galaxy Event Sept 15-17 in SF and Online*, TeslaNorth (Sept. 10, 2026), https://teslanorth.com/2026/09/10/xai-grok-bot-galaxy-event/. The article attributes the details to Defendants' Galaxy event page.
[158] *Kuh Portfolio*, *supra* note 114. Project tile as captured on November 22, 2026.

146. On or about October 9, 2026, Mr. Kuh wrote on LinkedIn that he and Mr. Barker had led the first outdoor campaign for Grok Bot, with placements at the World Trade Center and elsewhere in New York and San Francisco, and at three airports.[159] The airports that he named are San Francisco International, LaGuardia, and John F. Kennedy International. The images in his post show billboards that carry two white eyes on a black field, and a long display in a transit hall that shows Bot characters beside the Grok Bot name. The World Trade Center placements were in the most heavily traveled parts of Lower Manhattan. The images show a wall-length display running the corridor of the World Trade Center Transportation Hub, where commuters pass between the PATH trains and the subway. They show banners on the balconies of the Fulton Center transit hall, and a large screen at the subway entrance to the Cortlandt Street station at 185 Broadway. Every one of those displays carries a Bot character: a colored face with two white capsule eyes, beside the words "Grok Bot." Other images show a black billboard with two white eyes above a McDonald's restaurant in Midtown Manhattan, a Bot character and the family of characters on screens in Times Square, an orange Bot character on a billboard with the Empire State Building behind it, and Bot characters on a screen in an airport terminal. He thanked Scott Holden and Sarah Goomar.[160] Ms. Goomar was a host of the Grok Bot After Dark events.

147. The campaign was still running two weeks later. On October 24, 2026, an X post reported Grok Bot advertisements in Penn Station in New York and named SpaceX as the advertiser.[161] An Instagram account that follows advertising in New York posted video of the campaign on or about October 18, 2026. Its caption states that SpaceXSI is running Grok Bot ads inside Penn Station, which

[159] Kuh OOH Post, *supra* note 70. First paragraph of the post.
[160] *Id.* Images and closing paragraph of the post.
[161] *Grok Bot Hits Penn Station: What the NYC Ad Push Means*, Basenor (Oct. 24, 2026), https://www.basenor.com/blogs/news/grok-bot-hits-penn-station-what-the-nyc-ad-push-means [hereinafter *Penn Station Article*]. The article reports an X post by Sawyer Merritt at https://x.com/SawyerMerritt/status/2114113870348288479.

serves more than 600,000 passengers a day. The U.S. Department of Transportation gives the same figure and calls the station the busiest transit hub in the Western Hemisphere.[162] One advertisement in that post runs on a lighted bus shelter panel and shows only the two eyes, as shown in **Figure 16** below.

148. Mr. Kuh's portfolio tile for Grok Bot Campaign NYC shows a black billboard above a McDonald's restaurant. The billboard carries two large white eyes. Beneath them is a small white circle with two eyes, next to the words "Grok Bot."[163] A storefront sign in the photograph says that a restaurant is coming to Times Square. The billboard is flat and rectangular. It is not the Nasdaq tower display, which is a curved screen at 4 Times Square.[164] The billboard appears in **Figure 1**.

149. Defendants have advertised at the Nasdaq as well. On November 19, 2026, CNBC reported that ads for Grok Bot were running there.[165] That was the day Anthropic, a competing AI company, began trading on the Nasdaq after an initial public offering that news reports called the largest on record.[166] A

[162] Advertisements in NYC, Instagram (Oct. 18, 2026), https://www.instagram.com/p/DeouyB5FceC/ (last visited Nov. 22, 2026). The date is taken from the search listing for the post. Caption and video. On the station's passenger volume, see U.S. Dep't of Transp., *Historic Again: President Trump's Transportation Secretary Sean P. Duffy, Amtrak, and Penn Transformation Partners (Halmar & Skanska) Unveil Design for Overhaul of New York Penn Station* (June 8, 2026), https://www.transportation.gov/briefing-room/historic-again-president-trumps-transportation-secretary-sean-p-duffy-amtrak-and-penn (describing the station as the busiest transit hub in the Western Hemisphere, with more than 600,000 daily commuters).

[163] *Kuh Portfolio*, *supra* note 114. Project tile as captured on November 22, 2026.

[164] *Nasdaq Times Square Billboard & Tower Screen Rentals*, Blindspot, https://seeblindspot.com/nasdaq-billboard/ (last visited Nov. 22, 2026). Blindspot sells advertising time on the screen.

[165] *Anthropic IPO Live Updates*, CNBC (Nov. 19, 2026), https://www.cnbc.com/2026/11/19/anthropic-ipo-ant-live-updates.html. Entry on the screens at the Nasdaq.

[166] Bernard Condon & Barbara Ortutay, *Anthropic Set to Begin Trading as a $1.5 Trillion Company in the Biggest IPO on Record*, Associated Press (Nov. 19, 2026), https://www.opb.org/article/2026/11/19/anthropic-one-and-half-trillion-dollar-company-biggest-ipo/; *Anthropic's IPO Hits Record Breaking $81.3 Billion After Nasdaq Debut*, WMUR (Nov. 19, 2026), https://www.wmur.com/article/anthropic-raises-billion-dollar-ipo/74440669.

photograph published by The New York Times with its coverage of the offering shows Times Square on or about that day. On the curved Nasdaq tower, the Grok Bot character appears above the words "Grok Bot" and "AI teammates that get work done," beside the Nasdaq name. On a second screen across the square, the family of Bot characters surrounds the same words.[167] On or about November 20, 2026, Scott Holden, whose LinkedIn profile says that he is building SpaceX Super Intelligence, shared that photograph. He wrote: "Congrats to everyone at Anthropic today! Grok Bot has you surrounded!"[168] Mr. Kuh had thanked Mr. Holden in his post about the outdoor campaign.[169] Defendants placed the Grok Bot character where the public and the press would be looking on one of the most watched days in the history of the market, and they knew it.

150. On November 16, 2026, Defendants' official Grok Bot account on X, @bot, posted a 54-second video of the Sphere in Las Vegas under the line "Every driver needs their crew." The video shows the dome as an animated blue face with two tall, white capsule eyes, and then a racing helmet.[170] The Formula 1 Las Vegas Grand Prix ran from November 19 to 21.[171] A design archive credits the animation to Mr. Taylor and describes the dome as a blue face with two white eyes that blinks and then puts on a helmet.[172] Another report says that Elon Musk reposted the

[167] Cory Weinberg & Erin Griffith, *Anthropic Opens Trading on Wall Street as a $2 Trillion Company*, N.Y. Times (Nov. 19, 2026), https://www.nytimes.com/2026/11/19/technology/anthropic-2-trillion.html (photograph by Karsten Moran for The New York Times). The photograph's caption states that Anthropic's shares were set to begin trading on the Nasdaq on Thursday. The photograph is reproduced in the post cited in the next note.

[168] Scott Holden, LinkedIn (on or about Nov. 20, 2026), https://lnkd.in/p/gr8zZsB3. On November 25, 2026, LinkedIn showed the post as made five days earlier. Profile headline and body of the post.

[169] Kuh OOH Post, *supra* note 70. Acknowledgments at the end of the post.

[170] Sarah Lee-Jones, *Grok Bot Takes Over the Las Vegas Sphere With Racing-Themed Ad*, TeslaNorth (Nov. 16, 2026), https://teslanorth.com/2026/11/16/grok-bot-las-vegas-sphere-ad/ [hereinafter *Sphere Article*]. The article embeds Defendants' own post, Grok Bot (@bot), X (Nov. 16, 2026), https://x.com/bot/status/2122386524297974128.

[171] *Id.* Body of the article.

[172] *Grok Bot on the Sphere*, Memorables (Nov. 17, 2026), https://memorabl.es/

video.[173] A third names SpaceXSI as the advertiser and says that the display ended with a wall of colorful Grok Bot characters.[174] Mr. Barker posted the video the same day and wrote that he had worked on it, and Ms. Wen credited the Sphere display to his work. Mr. Barker's LinkedIn profile lists two current positions: Motion Lead at Cursor since April 2026, and Motion Design Lead at SpaceXAI since August 2026.[175]

151. The display turned the entire structure into the character's head: a sphere with two tall, white capsule eyes. **Figure 13** shows it.



**Figure 13: Grok Bot display on Sphere, Las Vegas (November 2026)**

152. Mr. Kuh posted about the display on LinkedIn the same day. He credited the design team, named BUCK as creative partner, and wrote that "it's surreal to finally see it live."[176] He also wrote that the Sphere felt like a natural

work/grok-bot-on-the-sphere. Credit line and description.

[173] *Grok Bot Takes Over the Las Vegas Sphere in New Ad [Video]*, Drive Tesla (Nov. 17, 2026), https://driveteslacanada.ca/?p=129277. Body of the article.

[174] *Tesla Launches Its First FSD Ad in Times Square*, Not a Tesla App, https://www.notateslaapp.com/news/5030/tesla-launches-its-first-fsd-ad-in-times-square (last visited Nov. 22, 2026). Body of the article.

[175] Luke Barker (@lukebvrker), X (Nov. 16, 2026), https://x.com/lukebvrker/status/2122407665875992955; Jenny Wen (@jennywen), X (Nov. 17, 2026), https://x.com/jennywen/status/2122501820417274082. Both posts are reproduced at https://teapawt.org/jennywen/status/2122501820417274082 (last visited Nov. 22, 2026). Luke Barker, LinkedIn profile, https://www.linkedin.com/in/lukebbarker/ (last visited Nov. 22, 2026).

[176] Kenneth Kuh, LinkedIn (Nov. 16, 2026, 8:44 PM UTC), https://

surface for Grok Bot. The still image in his post shows a solid blue dome with two white pill-shaped eyes, set right of center and tilted. No name or wordmark appears in that image.[177] A copy of the post is attached as part of **Exhibit F**.

153. On information and belief, the Sphere display was first shown to the public in November 2026. That is after the effective dates of Knoware's copyright registrations.

154. Mr. Kuh's LinkedIn headline, as captured on November 22, 2026, identifies him as Brand Design Lead at SpaceXSI.[178] His portfolio site still describes him as working in design at Cursor.[179]

155. Defendants distribute Grok Bot on a mass scale. On Google Play, the app is offered by "SpaceX Super Intelligence." As of November 11, 2026, the Google Play listing showed more than one million downloads and more than 20,000 reviews.[180] On Apple's App Store, the app is listed under X Corp. and is grouped with other "Apps by SpaceXSI."

### M. The Grok Bot Icon Copies the Knoware Mark and the Knoware Works

156. The Grok Bot Icon and the Knoware Mark share the same construction, as **Figure 1** shows:

(a) Each is a solid, dark, circular face.

(b) Each face has exactly two features, and both are eyes.

(c) Each eye is a tall capsule with rounded ends.

(d) The eyes are light against the dark face.

www.linkedin.com/posts/kennethkuh_grok-bot-sphere-at-f1-proud-of-the-design-ugcPost-7528196351793364992-Na_Z/ [hereinafter Kuh Sphere Post]. A capture made on November 22, 2026 shows the post as edited, with 951 reactions and 58 comments.

[177] *Id.* Image in the capture.

[178] *Id.* Headline shown under his name.

[179] *Kuh Portfolio*, *supra* note 114. Site description.

[180] Google Play Listing, *supra* note 5. The capture shows 1M+ downloads, 20.6K reviews, and in-app purchases.

(e) The eyes sit side by side in the upper part of the face.

(f) Neither face has a mouth, a nose, or eyebrows. Each character shows expression through its eyes alone.

(g) Each is drawn in flat, solid shapes without shading.

157. The two characters also move in the same ways:

(a) The eyes of each character blink.

(b) The eyes of each character look around on their own when the user's cursor is still.

(c) The eyes of each character respond to the movement of the user's cursor.

(d) Each character shows its state through the motion of its eyes.

158. Knoware observed both characters at rest on October 9, 2026. To a viewer, the two characters appear to blink at the same rate, or at rates too close to tell apart. Each blinks several times in half a minute, at irregular intervals, and each blink is quick. The count in any one sample can vary, because the blinks are not evenly spaced. The eyes of each character also responded to the movement of the cursor. In a test of three rounds, the eyes of the Knoware Character followed the cursor in each round, and the eyes of the Grok Bot Icon followed it in one.

159. The two characters do the same job. Each is the app icon for an artificial intelligence product. Each is also the on-screen character that represents the product to the user while the product is in use.

160. There are differences in some of Defendants' uses. As an app icon, the Grok Bot Icon tilts its eyes, and it omits the rings that frame the Knoware Logo. In other uses, Defendants show the eyes upright, as they are in the Knoware Logo. Defendants' New York billboard shows two upright capsule eyes side by side on a black field. The differences do not change the overall impression. Consumers do not see the two characters side by side. They remember a dark, round face with two tall, light eyes that blinks and looks around.

161. None of this was dictated by the subject. A character for an AI product

can take many forms. Defendants' own design post lists the styles that their team explored before it settled on this one: initials, emoji, pixel art, watercolor, clay, line art, silhouettes, and identicons. Their first mascot was a hexagon. A face can have dots, ovals, arcs, or a single eye. It can have a mouth, brows, or a nose. Its eyes can be wide apart or close, low or high, short or tall. Mr. Clark chose a solid dark disc, two upright capsule eyes twice as tall as they are wide, one eye-width apart, in the upper part of the face, and nothing else. Defendants arrived at the same combination. The eye of the Grok Bot Icon is about twice as tall as it is wide, and each of its dimensions is now within about half a percentage point of the Knoware Character's eyes, measured against the head.

162. The same is true of the motion. A character can show that it is idle in many ways. It can dim, pulse, bounce, spin, or show a status light. Mr. Clark chose a sequence. The eyes follow the pointer. They look around when it is still. They blink at irregular intervals. The character then yawns, sleeps, and wakes when the user returns. According to the animation data described below, the Grok Bot character has idle, sleeping, and waking states, and eyes that blink, look around, and respond to the pointer.

163. Knoware measured the Grok Bot Icon as an archived copy of x.ai/bot shows it on October 9, 2026, at 08:57 UTC. It compared the drawing embedded in that page with the logo file that Knoware serves as its site icon. With the two heads scaled to the same diameter, the heads coincide. Each Knoware eye is exactly twice as long as it is wide. The left eye of the Grok Bot Icon was 2.06 times as long as it was wide. Rotated upright by 18.3 degrees, centered on a Knoware eye, and scaled uniformly to the same length, that eye shared 95.05 percent of its combined area with the Knoware eye. Five repeated runs gave the same result. As published on that page, the eyes of the Grok Bot Icon were tilted about 19 degrees, set to one side of the face, and then smaller in proportion to the head. Those are differences of pose and scale. Defendants have changed the Grok Bot Icon since

launch. As first published on August 11, 2026, its eyes were tilted about 27 degrees. As published on October 9, 2026, they were tilted about 19 degrees and sat closer to the center of the face, and the match in the shape of the eye had risen from 89.68 percent to 95.05 percent for the left eye and from 57.85 percent to 75.03 percent for the right eye. The right eye had been 3.17 times as long as it was wide. It became 2.50 times, closer to the 2.00 of a Knoware eye. Archived copies of the page date the change to between August 30, 2026 at 22:28 UTC and September 4, 2026 at 06:18 UTC. Defendants published their design post on September 3, 2026. The change brought the Grok Bot Icon closer to the Knoware Logo. Defendants changed the icon again in October 2026, as alleged below. Measured the same way, the eyes of the October 16, 2026 version share 90.89 percent and 48.03 percent of their combined area with a Knoware eye, at tilts of about 27 and 33 degrees.[181]

164. The Grok Bot Icon does not hold one pose. Across the poses that Knoware measured, its eyes leaned left in some and right in others, and they moved from one side of the face to the other. On Defendants' New York billboard, the eyes are upright, equal, and side by side, and each is about twice as tall as it is wide. Both marks are also used at very small sizes, as the icon in a browser tab and on the home screen of a phone. At those sizes, the rings around the Knoware face narrow to a thin border, and what remains is a dark disc with two light capsule eyes. Knoware's application to register the Knoware Mark does not claim color.

165. Defendants have built a family of characters on the Grok Bot Icon. By October 2026, the app offered small characters in different colors, some with blob-shaped heads. On November 11, 2026, Defendants announced Grok Bot 1.0 in a post on X. **Figure 14** is a screenshot of that post. It shows the black Grok Bot Icon

[181] Internet Archive capture of x.ai/bot dated August 11, 2026, https://web.archive.org/web/20260811194423/https://x.ai/bot. Knoware measured that capture and the page as published on October 9, 2026. The change is dated by captures of August 30, 2026, 22:28 UTC and September 4, 2026, 06:18 UTC.

with five more characters, in blue, purple, teal, red, and orange. The purple one is round. The others are shaped like a cloud, a heart, and a drop. Each has two light eyes and no other feature. Defendants' announcement on their website shows characters of the same kind at work in chats and on a video call. On October 19, 2026, six days after Knoware's notice, Jenny Wen posted more characters on X. She wrote that there were more Bots to choose from and that the team had also cleaned up their animation states, and she credited Mr. Barker and Mr. Kuh for the work. A design gallery counts eight new characters, credits them as drawn and animated by Mr. Barker and Mr. Kuh, and describes them as blinking, squinting, and wobbling. Ms. Wen's LinkedIn profile states that she has been Head of Design at Cursor since April 2026. Her profile on X describes her as head of design for Cursor and for Grok Bot. On the Sphere, the head was a blue dome. On the New York billboard, there is no head at all, only the two eyes. By November 22, 2026, the post in **Figure 14** showed about 56 million views.[182]




**Figure 14: Defendants' post on X announcing Grok Bot 1.0 (Nov. 11, 2026)**

[182] *1.0 Post*, *supra* note 4. Images of the Bots. *Memorables, Characters*, *supra* note 61. The characters in different colors. *Memorables, New Characters*, *supra* note 69. Description of the new characters. *See also* Grok Bot (@bot), X (Nov. 11, 2026), https://x.com/bot/status/2120582957782200586. **Figure 14** is a screenshot of that post, taken on November 22, 2026. Knoware also preserved a recording of the post on November 13, 2026. The gallery links to the original post, Jenny Wen (@jennywen), X (Oct. 19, 2026), https://x.com/jennywen/status/2112202752118182192. The post is reproduced at https://teapawt.org/jennywen/status/2112202752118182192 (last visited Nov. 22, 2026). Jenny Wen, LinkedIn profile, https://www.linkedin.com/in/jennywen (last visited Nov. 22, 2026). Her profile on X is at https://x.com/jennywen.

166. Across all of these characters, the head changes and the eyes do not. Each keeps the same two tall, light capsule eyes, set side by side, and the same way of blinking and looking around. Defendants use the eyes as the signature of the brand. Mr. Clark designed the Knoware Character so that its eyes alone carry its personality, and these are its eyes. Each of these characters therefore keeps the dominant feature of the Knoware Mark and adds to the likelihood of confusion. Each is also based on the Grok Bot Icon. Defendants present them together, under one name, beside the black icon that they come from. Nothing in any of them is new except the color and the outline of the head. The face is the same face: two capsule eyes, side by side, with no other feature. On information and belief, the eyes of each blink and move in the same way as the eyes of the Grok Bot Icon. Each recasts and adapts the Grok Bot Icon in a new color or outline. To the extent that the Grok Bot Icon copies the Knoware Works, each is a derivative work based on the Knoware Works.

167. Defendants have now put the family on billboards. On November 21, 2026, a billboard for Grok Bot stood on the side of a building in the River North neighborhood of Chicago. **Figure 15** is a photograph of it, taken that night. The billboard shows the black Grok Bot Icon with seven more characters, in teal, orange, blue, purple, magenta, black, and red. Their heads are shaped like a blob, a pill, a cloud, a star, a square, a drop, and a rounded triangle. Each has two light eyes and no other feature. The billboard reads “Grok Bot” and “AI teammates that get work done.” A sign beneath it names the billboard company, Branded Cities. The same design stood in San Francisco by November 2, 2026. A video posted on Facebook that day shows the billboard on the side of a building beside a parking lot, with the name Grok Bot and the same family of characters.[183] **Figure 2** above

[183] *Casual San Francisco Stroller Walk Around the Block*, Facebook (Nov. 2, 2026), https://www.facebook.com/brittany.decker1/videos/casual-san-francisco-stroller-walk-around-the-block/1141077281644115/ (last visited Nov. 22, 2026). The billboard appears at about 0:04 of the video.

is a frame from that video. On information and belief, Defendants placed similar billboards elsewhere in Chicago and San Francisco and in other major cities in the United States in November 2026.

168. Defendants also advertise with the eyes alone. A post on Instagram by an account that follows advertising in New York shows a Grok Bot advertisement on a lighted JCDecaux bus shelter panel. **Figure 16** is a frame from that post.[184] The advertisement shows two tall, white capsule eyes on a dark ground, above the name Grok Bot. It shows no head, no mouth, and no other feature. The post is dated October 18, 2026 in its search listing, as alleged above. Defendants thus present the two eyes, by themselves, as the sign of Grok Bot.




**Figure 15: Grok Bot billboard, River North, Chicago (November 21, 2026)**




**Figure 16: Grok Bot advertisement on a bus shelter panel, New York (Instagram post dated October 18, 2026)**

The code of the Grok Bot desktop app can be studied without discovery. A third party has published an archive of version 0.18.0 of the app. Its author states that the archive holds the unaltered code from the official installers, and it lists the installers' hash values so that the archive can be checked. According to the

[184] Advertisements in NYC, Instagram (Oct. 18, 2026), https://www.instagram.com/p/DeouyB5FceC/.

archive, version 0.18.0 was built on August 13, 2026. That is two days after launch and one day before SpaceX completed its acquisition of Anysphere. The app's identifier is com.anysphere.sand. The official installers were downloaded from Cursor's servers, at downloads.cursor.com. The file paths in the archive record Cursor's build system. Apple's own catalogue record, captured on November 7, 2026, gives the identifier of the Grok Bot app for iOS as co.anysphere.sand.[185]

169. Another third party has published the animation data of the Grok Bot character. Its author states that the data was extracted from the shipped app. Knoware has not yet authenticated it. According to that data, the Grok Bot face is two identical capsule eyes, upright and placed symmetrically on the head, as the eyes of the Knoware Character are. Each eye is about 13 percent of the head's diameter in width and about 28.5 percent in length. In Mr. Clark's specification of July 25, 2025, each eye is 14.3 percent of the head's diameter in width and 28.6 percent in length. In his code, the figures are 13.3 percent and 26.7 percent. The data then turns the face on a sphere by fixed angles. That rotation produces the tilt, the offset, and the unequal eyes of the Grok Bot Icon. In Defendants' own data, the differences between the icon and the Knoware Logo are differences of pose. The eye sizes in that data match the icon that Defendants have published on their product page since October 16, 2026, as alleged below. The icon that Defendants launched had smaller eyes. The data was extracted from an app build and published on October 12, 2026, before Knoware's notice.[186]

170. The same data lists 25 head shapes. They include a sphere, a cloud, a

[185] ChHsiching, *grok-bot-0.18-original*, GitHub, https://github.com/ChHsiching/grok-bot-0.18-original (last visited Nov. 22, 2026). README and VERIFICATION.md files, at commit bd06ef2. The author states that all of the archived code is the copyright of Anysphere, Inc.

[186] ArvinYin1, *grokbot-animation-anatomy*, GitHub, https://github.com/ArvinYin1/grokbot-animation-anatomy (last visited Nov. 22, 2026). File js/vendor/grok-recipes.json, at commit debd416. The figures are computed from the eye values in that file. *See also* RongleCat, *grok-bot-avatar-engine*, GitHub, https://github.com/RongleCat/grok-bot-avatar-engine (last visited Nov. 22, 2026). Its author describes it as a port of the renderer in version 0.78.1 of the app.

heart, a teardrop, an egg, and a clover. The data defines one pair of eyes, nine expressions, and 53 states, and it uses them with every shape. The states include idle, sleeping, and waking, and one is named curious. One expression is named calm. In Defendants' own data, each additional character is the same face on a different outline. The data sets the length of a blink at about a quarter of a second. In the Knoware Character, a blink lasts 0.15 seconds. To a viewer, each is a quick blink.[187]

171. Defendants' own product page shows the change. The Internet Archive keeps dated copies of x.ai/bot. The page draws the Grok Bot Icon in its code, so the eyes can be measured in each copy. Until October 15, 2026, the front eye of the icon was about 19 to 20 percent of the head's diameter in length and about 9 percent in width. Between October 15, 2026 at 18:41 UTC and October 16, 2026 at 19:27 UTC, Defendants made the eyes larger. Since then, the front eye has been about 27.3 percent of the head's diameter in length and about 12.9 percent in width. The eyes of the Knoware Character are 26.7 percent and 13.3 percent. The same change reached the icon in Defendants' launch post between October 19 and October 31, 2026. None of the archived copies of either page that Knoware has examined shows the larger eyes before October 13, 2026, the date of Knoware's notice. Defendants' own changelog for the Grok Bot app states, under version 0.64.0, dated September 30, 2026, that Bot avatars have a refreshed look with bigger eyes. The app therefore had the larger eyes before Knoware's notice, and the change to the website followed it. The screenshots in Defendants' App Store listing from the launch show the smaller eyes. The change also increased the tilt of the eyes, to about 27 degrees on the product page and about 36 degrees in the launch post.[188]

[187] *Id.* The lists of shapes, expressions, and states, and the length of a blink, are in the same file.

[188] Internet Archive captures of https://x.ai/bot dated October 15, 2026, 18:41:49 UTC and October 16, 2026, 19:27:42 UTC, and of https://x.ai/news/introducing-

172. Knoware has not yet compared the extracted code with Mr. Clark's code line by line. The extracted animation data comes from a later version of the app than the one that Defendants launched, and the archive of version 0.18.0 does not include the code that draws the character. Knoware will make the comparison with the help of an expert, and it will seek the original code, the design files, and their history from Defendants.

173. On information and belief, the similarity is the result of copying. Knoware's belief rests on the facts alleged above. The eyes of the two marks match in shape and, since October 16, 2026, in size. Defendants have changed their icon twice. The first change brought the shape and position of its eyes closer to the Knoware Logo. The second brought their size to within about half a percentage point of the Knoware Character's eyes. Defendants made that change in their app on September 30, 2026, before Knoware's notice, and on their website on October 15 or 16, 2026. The two characters behave in the same ways. And the USPTO published the Knoware Mark on May 12, 2026, in the months in which the Grok Bot character was designed. Mr. Barker, who is credited with the icon, and Ms. Wen, Cursor's Head of Design, both joined Cursor in April 2026, and Mr. Bai's account places the character's first build in or about June or July 2026, as alleged above. One or more persons who took part in designing and building the Grok Bot Icon had access to the Knoware Works through Anysphere's systems, through Knoware's public website, or through both. Knoware makes the allegations in this paragraph on information and belief. They are likely to have evidentiary support after a reasonable opportunity for discovery. The sketches, design files, internal communications, and access records that would confirm them are held by Defendants and Anysphere. These allegations do not rest on suspicion. Each rests on a dated record: Mr. Clark's Cursor session records of July 25 to 28,

grok-bot dated October 19, 2026, 20:21:11 UTC and October 31, 2026, 21:29:39 UTC. Knoware measured the eye shapes in the page code of each capture.

2025; Cursor's security page of July 7, 2025; SpaceX's registration statement of May 20, 2026; Cursor's post of July 8, 2026 on the training of Grok 4.5; the identifiers com.anysphere.sand and co.anysphere.sand in the Grok Bot apps; Apple's listing of Anysphere as the app's seller on August 12, 2026; the designers' own published accounts; and the measurements alleged above.

174. Knoware does not yet know whether Mr. Clark's work also reached the Grok Bot Icon through Defendants' AI models. Defendants trained those models on data from Cursor users. Defendants' designers have said that AI tools wrote the character's motion: the design lead made the animated icon with Grok Build, and another credited designer has written that AI agents work out the character's movement and transitions from his descriptions. Mr. Clark's account is set to Privacy Mode today, and Knoware does not yet know what the setting was in July 2025. If his work reached those models, no one needed to visit Knoware's website to copy the Knoware Character. Whether it did is a subject for discovery. Knoware's trademark claims do not depend on the answer.

**N. Likelihood of Confusion and Harm to Knoware**

175. Knoware and Defendants offer related products. Each offers artificial intelligence software to consumers and businesses online. Each product works with the user's own data and answers the user's requests about it. Knoware's product is directed to personal finance. It tracks a user's accounts, spending, debts, and investments and helps the user decide what to do with money. Defendants promote Grok Bot for finance and accounting work. In announcing version 1.0, they wrote that they were already using Bots for accounting, support, sales, and marketing.[189]

176. Knoware and Defendants use the same marketing channels. Each promotes its product through its website, through an icon on the home screen of the user's phone, and through social media advertising. Each advertises on Meta's

[189] SpaceX Super Intelligence, LinkedIn (Nov. 11, 2026, 6:22 PM UTC), https://www.linkedin.com/feed/update/urn:li:ugcPost:7526348713204670464/ [hereinafter LinkedIn 1.0 Post]. Third paragraph of the post.

platforms.

177. Buyers of these products do not exercise a high degree of care. Knoware's core product is free. Its first customers paid about $30 per month, and it plans to charge for added features. Defendants offer the Grok Bot app as a free download with in-app purchases, and they sell plans that include Grok Bot for $30 per month.[190]

178. Defendants' use has saturated the market. Defendants and their brands are widely known. Grok Bot has more than one million downloads on Google Play alone. Defendants have promoted the Grok Bot Icon in app stores, on X, in paid advertising, in outdoor advertising in New York and San Francisco and at airports, at live events in San Francisco and New York, and across the exterior of Sphere in Las Vegas. Knoware is a startup with a small fraction of that reach. The Grok Bot Icon is now recognized without words. In November 2026, a billboard in San Francisco showed only a row of app icons from a computer dock. One of them was a dark icon with two white eyes, which appears to be the Grok Bot Icon, beside the icon of ChatGPT. According to a post about the billboard, another software company placed it, it carried no words, and it drew two million views online.[191]

179. As a result, consumers who see the Knoware Mark are likely to believe that Knoware's product comes from Defendants, that Knoware is affiliated with or sponsored by Defendants, or that Knoware copied its mark from Defendants. Knoware is the senior user. It is at risk of being seen as the infringer.

180. Defendants' use is also likely to cause consumers to believe that Grok Bot comes from Knoware or is affiliated with Knoware.

181. Defendants' conduct harms Knoware. Knoware is a startup, and it is still building public recognition of the Knoware Mark. Defendants' far larger use

[190] SpaceXSI, *Pricing*, x.ai, https://x.ai/pricing (last visited Nov. 22, 2026) [hereinafter Pricing Page]. Plan table.

[191] bizibeast, Instagram (Nov. 12, 2026), https://www.instagram.com/reel/DfohmyWBGyf/ (last visited Nov. 22, 2026). Video and caption. The caption attributes the billboard to Notion.

threatens to teach the public that the mark is theirs before Knoware can establish it as its own. That threatens the value of the Knoware Mark as an indicator of a single source, and it takes from Knoware control over the identity and reputation that it is building. It puts at risk Knoware's ability to grow under its own mark, to enter new markets, and to attract customers, partners, and investors. As Defendants' use spreads, Knoware will have to spend money on corrective advertising so that the public associates the Knoware Mark with Knoware and not with Defendants.

182. Defendants have profited from their use of the Grok Bot Icon. They have used it to launch and promote a product that they sell by subscription to a mass audience.

183. Defendants' use is continuing, and so is the harm to Knoware. Money alone cannot protect Knoware's control over its own identity and reputation. Knoware has no adequate remedy at law for that continuing harm, which is irreparable and will continue unless the Court enjoins Defendants. The injunction that Knoware seeks is narrow. It reaches the Grok Bot Icon and the characters built on it. It does not reach the Grok Bot product, its name, or its technology. Defendants have changed the icon more than once since launch, and they can change it again.

**O. Defendants' Knowledge and Willfulness**

184. Defendants had notice of Knoware's rights from two sources. The first was the public record, before the Grok Bot launch. The second was a letter from Knoware's counsel on October 13, 2026. Knoware's application to register the Knoware Logo was a public record from December 2025. The mark was published for opposition on May 12, 2026, three months before the launch. An ordinary trademark clearance search would have disclosed it. On information and belief, Defendants or their trademark counsel ran such a search before the launch. xAI files trademark applications regularly, and it moved to take the grok.bot domain

name within two weeks of the launch.

185. On information and belief, Defendants and Anysphere also had access to the Knoware Works, as alleged above.

186. On October 13, 2026, Knoware's counsel sent written notice to Douglas A. Rettew and Jenevieve J. Maerker of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP. They are xAI's trademark counsel. Both are named as attorneys for X.AI LLC, at those email addresses, in a notice of opposition that X.AI LLC filed with the USPTO's Trademark Trial and Appeal Board on September 23, 2026.[192] Mr. Rettew is also the attorney of record on X.AI LLC's trademark applications. In that notice of opposition, X.AI LLC gave its address as 1450 Page Mill Road, Palo Alto, California, and stated that it is a subsidiary of SpaceX and the parent company of X. The letter gave Defendants notice of the Knoware Mark, of Application Serial No. 99531272, and of Knoware's objection to the Grok Bot Icon. Knoware refers to the letter only to show that Defendants had notice. On October 17, 2026, Knoware's counsel sent a reminder. Knoware sent the letter four weeks before Defendants released Grok Bot 1.0 on November 11, 2026.

187. On November 9, 2026, outside counsel wrote to Knoware's counsel and confirmed receipt of the letter. Counsel stated that the matter had been forwarded to their firm for response, that they were reviewing it with their client, and that they would report back promptly. By their counsel's own account, Defendants had the letter and were reviewing it no later than November 9, 2026. On November 22, 2026, Knoware's counsel sent that firm a second letter. It gave notice of Knoware's trademark and copyright claims and asked Defendants to preserve evidence. As of the filing of this Complaint, Knoware has received no further response. On information and belief, the letter reached each Defendant, and the counsel who

[192] Consolidated Notice of Opposition at 2, 9, *X.AI LLC v. Shanghai UNIXAI Intelligent Technology Co.*, Opposition No. 91310620 (T.T.A.B. Sept. 23, 2026), https://ttabvue.uspto.gov/ttabvue/ttabvue-91310620-OPP-1.pdf. The same attorneys appear for X.AI LLC in *X.AI LLC v. Escalent, Inc.*, Opposition No. 91309710 (T.T.A.B. filed Aug. 17, 2026).

responded on November 9 act for one or more of the Defendants.

188. When the letter arrived, Grok Bot was a beta product. Defendants had launched it as an early beta two months before. A beta is a trial release. It is the stage at which a company can change a product's icon at the least cost. Defendants' brand design lead had announced their first outdoor campaign four days earlier.

189. Defendants did not stop, and they did not answer the letter. They kept the outdoor campaign running. On or about October 18, 2026, five days after the letter, Grok Bot advertising was reported inside Penn Station in New York City. It was reported there again on October 24, 2026. By November 2, 2026, a billboard showing the family of characters stood in San Francisco, in this District.[193]

190. On October 20, 2026, one week after the letter, SpaceX's chief executive told investors that Grok Bot would be in wide deployment for enterprise customers within a few weeks.[194]

191. Defendants changed the icon twice while Knoware's letter was pending. Two to three days after the letter, they made the eyes of the icon on their product page larger, so that each eye is almost exactly the same size, relative to the head, as the eyes of the Knoware Character, as alleged above. Defendants' changelog shows that the app's avatars had been given bigger eyes on September 30, 2026, before the letter, so the change to the product page may have brought the website into line with the app. On November 5, 2026, 23 days after the letter,

[193] Penn Station, October 18: Advertisements in NYC, Instagram (Oct. 18, 2026), https://www.instagram.com/p/DeouyB5FceC/. Penn Station, October 24: Sawyer Merritt (@SawyerMerritt), X (Oct. 24, 2026), https://x.com/SawyerMerritt/status/2114113870348288479. San Francisco: *Casual San Francisco Stroller Walk Around the Block*, Facebook (Nov. 2, 2026), https://www.facebook.com/brittany.decker1/videos/casual-san-francisco-stroller-walk-around-the-block/1141077281644115/.

[194] Space Expl. Techs. Corp., *Edited Transcript: SpaceX Third Quarter 2026 Webcast* (Oct. 20, 2026), https://s21.q4cdn.com/184289198/files/content_files/SpaceX-Third-Quarter-2026-Webcast-Transcript.pdf [hereinafter *Q3 Webcast Transcript*]. Opening remarks of Elon Musk.

Defendants changed the icon of the Grok Bot desktop app. Their changelog for that date states that the app has a new flat Grok Bot icon.[195] Defendants could change the icon while Knoware's letter was pending, and they did. On information and belief, the new icon is the flat, dark, circular face with two light eyes that appears in Defendants' announcement of version 1.0. The change did not move the icon away from the Knoware Mark. Knoware does not yet know who made either change, why they made it, or when Knoware's letter reached the people who made it. The design files and the messages behind both changes will show. Defendants hold them.

192. On November 11, 2026, Defendants made Grok Bot a general release. They named it version 1.0, announced that it was out of beta, and offered it to teams and to enterprise customers.[196] They kept the same character. Their announcement features a video that closes on the Grok Bot Icon beside the Grok Bot name. They promoted the release on the x.ai website and on LinkedIn, where their post drew more than 1,700 reactions and 170 reposts.[197] That was 29 days after Knoware's letter and two days after their counsel confirmed receipt of it.

193. On or about November 16, 2026, one week after counsel confirmed receipt, Defendants put the Grok Bot character on the exterior of Sphere in Las Vegas. On November 19, 2026, ads for Grok Bot were reported at the Nasdaq in Times Square. By November 21, 2026, a Grok Bot billboard showing the icon and seven more characters stood in downtown Chicago, as shown in **Figure 15**.[198]

[195] SpaceXSI, *Grok Bot Changelog*, x.ai, https://x.ai/changelog/bot (last visited Nov. 22, 2026). Entry for version 0.79.2, dated November 5, 2026, under the heading Improved.

[196] *1.0 Post*, *supra* note 4. Section headed Get started with Grok Bot 1.0. Knoware captured the post on November 22, 2026. *Product Page*, *supra* note 14. Answer to the question on enterprise availability.

[197] LinkedIn 1.0 Post, *supra* note 189. A capture of the post made on November 22, 2026 shows 1,771 reactions, 42 comments, and 170 reposts. The time of the post is taken from its identification number.

[198] Sphere: Grok Bot (@bot), X (Nov. 16, 2026), https://x.com/bot/status/2122386524297974128. Nasdaq: *Anthropic IPO Live Updates*, CNBC (Nov. 19,

194. The Sphere display also followed the registration of Knoware's copyright in the Knoware Animated Character. That registration took effect on October 16, 2026, three days after the letter.

195. Each of these acts came after Defendants had been told of the Knoware Mark and of Knoware's objection to the Grok Bot Icon. Defendants continue to use the Grok Bot Icon in every channel described above.

196. After Knoware's October 13, 2026 notice and counsel's November 9 acknowledgment, Defendants continued to promote Grok Bot under the challenged icon, including through the November 11 general release and the Sphere display publicized on November 16. On information and belief, Defendants continued that promotion with knowledge of Knoware's objection to their icon.

197. Defendants did not answer the letter, and they did not slow down. One week after their counsel confirmed that Defendants were reviewing it, they put the character on the Sphere in Las Vegas. Three days after that, their advertising was reported at the Nasdaq in New York. Two days later, a billboard with eight of the characters stood in downtown Chicago. On information and belief, the people who approved those campaigns knew of Knoware's notice when they approved them. If they did not, it is because Defendants chose not to tell them. Defendants are large and sophisticated technology companies. They have trademark counsel, they register and enforce their own marks, and they understood what Knoware's notice meant. They acted in bad faith. Defendants' infringement is knowing and willful. At a minimum, Defendants have culpably disregarded Knoware's rights, and the risk of reverse confusion, since they learned of them.

**P. Defendants' Sales and Profits Under the Grok Bot Icon**

198. Defendants sell Grok Bot by subscription. At launch, they included it in three plans. On August 26, 2026, they added it to every SuperGrok plan, to every

2026), https://www.cnbc.com/2026/11/19/anthropic-ipo-ant-live-updates.html. The Chicago billboard is shown in a photograph, not in a post.

paid individual Cursor plan, and to every Cursor Teams plan.[199]

199. On October 12, 2026, Defendants introduced The X Subscription, a single plan that combines Grok, Grok Bot, Cursor, and X Premium.[200] Defendants now sell Grok Bot in three tiers of that plan: Premium at $30 per month, Super at $100 per month, and Ultra at $200 per month.[201] Teams pay the same prices for each seat.[202] Defendants also charge for use beyond the amount that a plan includes. Their product page states that additional usage is billed based on token cost.[203]

200. Each Defendant has a part in those sales. X Subscription Corp. sells The X Subscription. Defendants' terms call it the "merchant of record" for the purchase and give its principal office as 800 W. Cesar Chavez Street, Austin, Texas.[204] X Corp. is the seller of the Grok Bot app on Apple's App Store, where the app offers in-app purchases. xAI publishes Grok Bot on the x.ai website and on Google Play, where the app also offers in-app purchases. According to Defendants' terms, Anysphere administers the Cursor subscriptions that were sold before The X Subscription.[205] SpaceX owns each of these companies and reports their revenue as its own.

201. Defendants have told investors how fast Grok Bot is selling. On October 20, 2026, SpaceX held a webcast on its results for the quarter that ended on September 30, 2026. Its President and Chief Operating Officer said that Grok

[199] *More Plans Post*, *supra* note 13. List of plans.

[200] SpaceXSI, *Introducing The X Subscription*, x.ai (Oct. 12, 2026), https://x.ai/news/x-subscription [hereinafter *X Subscription Post*]. Opening of the post.

[201] Pricing Page, *supra* note 190. Plan table. Grok Bot is listed for the Premium, Super, and Ultra tiers and not for the Plus tier. *Product Page*, *supra* note 14. Pricing section.

[202] *X Subscription Post*, *supra* note 200. Section on Teams and Enterprises.

[203] *Product Page*, *supra* note 14. Answer to the question on cost. Pricing Page, *supra* note 190. Answers on usage and top-ups.

[204] SpaceXSI, *Bundled Subscription Terms of Service*, x.ai (last updated Oct. 7, 2026), https://x.ai/legal/bundled-subscription-terms [hereinafter *Bundled Subscription Terms*]. Section identifying the seller.

[205] *Id.* Provision on legacy Cursor subscriptions.

Bot had "paid weekly users of 800,000" earlier that month, and that the number had more than doubled in a month.[206] She said that business customers were the fastest-growing category and that companies were using Grok Bot across sales, marketing, information technology, and engineering.[207]

202. SpaceX's chief executive told investors on the same webcast that Grok Bot was growing faster than any product he had ever seen. He said that Grok Bot may come to use most of the company's computing capacity for artificial intelligence. He tied that statement to a projection of $500 billion to $1 trillion in annual recurring revenue for SpaceX by the end of 2027.[208]

203. SpaceX's earnings release for that quarter credits Grok Bot by name. SpaceX reported $7.022 billion of revenue from "SI solutions & infrastructure" in the quarter, up from $359 million a year earlier. It attributed $6.7 billion of added revenue to cloud services agreements, to the acquisition of Cursor, and to its growing models and software applications, including Grok Bot.[209] The release lists the introduction of Grok Bot among the highlights of the quarter.[210]

204. SpaceX has also reported what Cursor earns. Cursor contributed $608 million of revenue to SpaceX's results for the period from August 14 through September 30, 2026.[211] That reported figure covers the Cursor business; it does not separately identify revenue attributable to Grok Bot. Every paid individual Cursor plan and every Cursor Teams plan has included Grok Bot since August 26, 2026.

205. The published pricing page currently lists a $30-per-month Premium

[206] *Q3 Webcast Transcript*, *supra* note 194. Remarks of Gwynne Shotwell on Super Intelligence.

[207] *Id.* Same remarks.

[208] *Id.* Opening remarks of Elon Musk.

[209] Q3 Earnings Release, *supra* note 1. Headline results and the table of SI segment operating and financial data.

[210] *Id.* SI Business Highlights.

[211] Space Expl. Techs. Corp., Quarterly Report (Form 10-Q) for the quarter ended Sept. 30, 2026, https://www.sec.gov/Archives/edgar/data/0001181412/000162828026066880/spcx-20260930.htm. Note on the Cursor Merger. Q3 Earnings Release, *supra* note 1. Section headed Cursor Merger.

plan that includes Grok Bot. If each of the 800,000 paid weekly users paid $30 per month for a separate subscription, monthly gross receipts would be $24 million. Knoware does not yet know the number of separately billed subscriptions, the actual prices paid, or the revenue attributable to Grok Bot. Those records are in Defendants' possession.

206. On information and belief, the revenue of Defendants and Anysphere from subscription plans that include Grok Bot has exceeded $1 billion since August 11, 2026. Knoware does not claim all of that revenue. It claims the part that is attributable to the infringement, which Defendants' records will show.

207. Those sales are made under the Grok Bot Icon. The icon is the first thing that a customer sees of Grok Bot. It is the app icon that a customer taps to open the product. It is the on-screen character that stands for each Bot while the customer uses it. It is the image that Defendants chose for their billboards and for the Sphere. On the Sphere, Defendants showed the character alone, with no name beside it. Defendants rely on the character by itself to tell the public whose product this is.

208. Defendants also sell subscriptions under the Grok Bot Icon. On or about November 26, 2026, the X application for iPhone displayed an offer headed by the Grok Bot Icon and the words "Shop with Bot" and "Pay for 1 month, get 1 free," above a countdown clock. The offer listed "Grok Bot, your AI assistant" first among the features of the subscription, beside a second copy of the Grok Bot Icon. It offered two months for $30, renewing at $30 per month, and required the buyer to agree to the X Subscription Consumer Terms of Service. **Figure 17** shows the offer. The Grok Bot Icon is the image through which Defendants sell the subscription.




**Figure 17: Defendants' offer in the X application for iPhone (Nov. 26, 2026)**

209. Defendants treat the Grok Bot brand as valuable property. Mr. Kuh wrote that the team went through more than 200 sketches to arrive at the icon. Within two weeks of the launch, according to a published report, xAI filed a complaint with the World Intellectual Property Organization to take control of the domain name grok.bot.[212]

210. xAI knows how to protect a logo. USPTO records list 49 applications and registrations in the name of X.AI LLC. On information and belief, X.AI LLC is xAI under a former name. At least 30 of the 49 were filed on or after April 10, 2025. At least twelve are for logos or other designs. They include xAI's own logo, the Grok logo, the SuperGrok logo, and a drawing of a face. As of November 22,

[212] *X.AI Files UDRP Against Grok.Bot*, DomainInvesting.com (Aug. 25, 2026), https://domaininvesting.com/x-ai-files-udrp-against-grok-bot/. Body of the article.

2026, none of the 49 is an application to register the Grok Bot Icon, and none is an application to register the name Grok Bot. USPTO records also list 43 applications and registrations in the name of Space Exploration Technologies Corp., including its own logo. None of the 43 is an application to register the Grok Bot Icon or the name Grok Bot. USPTO records list four registrations in the name of Anysphere, Inc. One is for Cursor's hexagonal logo, the logo from which Mr. Bai says the Grok Bot mascot began. Anysphere applied to register it on March 11, 2026. None of the four is for the Grok Bot Icon or the name Grok Bot. A search of USPTO records for GROKBOT and GROK BOT returns one application. An unrelated company, GrokBot, Inc., filed it on June 14, 1999 and abandoned it on January 19, 2001. No one has applied to register either name since.[213] On information and belief, no other Defendant has applied to register the Grok Bot Icon.

211. On information and belief, that is not an oversight. Defendants have put the Grok Bot Icon on the Sphere, on billboards, and before tens of millions of people, and xAI has gone to the World Intellectual Property Organization over the grok.bot domain name. A company that registers its logos as a matter of course, and that spends on this scale, clears a new logo before it adopts it. The first step is a search of USPTO records. Knoware's application has been in those records since December 5, 2025, and the USPTO published the Knoware Mark on May 12,

[213] USPTO records of the applications and registrations owned by X.AI LLC, as listed at https://www.trademarkia.com/owners/xai-llc (last visited Nov. 22, 2026). The applications for logos or other designs include Serial Nos. 98162099, 98924968, 98924971, 98924975, 99129951, 99129966, 99129983, 99129996, 99130028, 99130053, 99130085, 99130111, and 99179712. USPTO records of the applications and registrations owned by Space Exploration Technologies Corp., as listed at https://www.trademarkia.com/owners/space-exploration-technologies-corp (last visited Nov. 22, 2026). The logo is Serial No. 98977887. USPTO records of the registrations owned by Anysphere, Inc., as listed at https://www.trademarkia.com/owners/anysphere-inc (last visited Nov. 22, 2026). The hexagonal logo is Serial No. 99696956. USPTO status record for Serial No. 75728177 (GROKBOT), generated November 22, 2026. Search of U.S. records for "grok*ot" at https://www.trademarkia.com/search/trademarks?query=grok*ot&country=us (last visited Nov. 22, 2026).

2026, three months before the Grok Bot launch. A search for a round face with two eyes for AI software would have found it. On information and belief, Defendants either found the Knoware Mark and went ahead, or chose not to look. On information and belief, they have not applied to register the Grok Bot Icon because they know that Knoware's earlier application stands in the way. In either case, they adopted the icon and expanded its use with knowledge of Knoware's senior rights or in reckless disregard of them.

212. Defendants have spent heavily to put the Grok Bot Icon before the public. A September 2023 news report described Sphere exterior-advertising prices of $450,000 for one day and $650,000 for one week.[214] Grok Bot's Sphere display was publicly reported on November 16, 2026. They bought outdoor advertising in Penn Station, at the World Trade Center, in Times Square, in San Francisco, and at three airports. They bought advertising on Meta's platforms and, on information and belief, on Reddit. They held events over several days in San Francisco and New York. On information and belief, Defendants have spent many millions of dollars to advertise Grok Bot under the Grok Bot Icon, and they continued that spending after Knoware gave notice of its rights.

**Q. Knoware's Damages**

213. Defendants have made the Grok Bot Icon and the characters built on it a central part of Grok Bot's commercial identity. They are its application icon, its interactive product experience, the image in its customer acquisition campaigns, and the image in its national advertising. Defendants use the character not as an incidental design element but as a recurring designation of source, through which they promote and distinguish their artificial intelligence services. Knoware seeks Defendants' profits from the sales that are connected to the infringement. Those

[214] *The World's Most Unique Billboard: The Hefty Price Tag to Advertise on the Vegas Sphere*, KSNV News 3 Las Vegas, https://news3lv.com/news/local/the-worlds-most-unique-billboard-the-hefty-price-tag-to-advertise-on-the-vegas-sphere (last visited Nov. 22, 2026). The report attributes the figures to an agency pitch deck and to confirmation from the agency.

are the sales of Grok Bot and of the plans through which Defendants sell it. The Grok Bot Icon is the product's app icon, the character that users see whenever a Bot works, and the image at the center of the advertising that brought those customers in. Knoware does not claim revenue that has no reasonable relationship to the Grok Bot Icon, such as revenue from launch services or satellite broadband.

214. Knoware will prove those sales and their connection to the infringement. Once it does, 15 U.S.C. § 1117(a) places on Defendants the burden to prove every cost or deduction that they claim, and 17 U.S.C. § 504(b) places on Defendants the burden to prove their deductible expenses and any part of their profits that is attributable to factors other than the infringement.

215. Knoware is also entitled to its own damages. They include the loss in value of the Knoware Mark and of Knoware's goodwill. They include any business that Knoware loses because the public comes to associate its mark with Defendants. They include the cost of the corrective advertising needed to prevent or undo that association. A fair measure of that cost takes account of the scale of Defendants' own advertising.

216. Knoware is also entitled to a reasonable royalty for Defendants' past and continuing use of the Knoware Mark and the Knoware Works. Defendants have used them as the face of a product with 800,000 paid weekly users. They sell that product in plans that bring them hundreds of millions of dollars in revenue each quarter.

217. Under 15 U.S.C. § 1117(a), the Court may award up to three times Knoware's actual damages and may increase the award of profits to the amount that it finds just. The circumstances of this case warrant both. Defendants enlarged their use of the Grok Bot Icon after they had notice of Knoware's rights.

218. Knoware seeks an accounting of the revenue that is reasonably connected to the infringement, including subscription revenue, incremental subscription upgrades, in-app purchases, and other revenue attributable to Grok

Bot. Knoware also seeks recovery for the impairment of its independent brand identity, for any lost commercial opportunities, and for the reasonable cost of the corrective advertising needed to counter the likelihood of confusion that Defendants' conduct has created. The precise amount of Defendants' attributable profits and of Knoware's damages cannot now be determined, because the financial, marketing, attribution, and customer acquisition records are in Defendants' possession. Knoware seeks all monetary and equitable relief available under applicable law, in amounts to be established through discovery and proven at trial.

**R. Each Defendant's Part**

219. Knoware does not sue any Defendant only because it owns another company. Each Defendant took part in the conduct alleged in this Complaint. Knoware pleads each Defendant's own acts as direct infringement. It pleads contributory and vicarious liability in the alternative, for acts that another Defendant or an Affiliate committed. Anysphere, X.AI Holdings Corp., and Mr. Musk are not parties. Knoware pleads their acts only as facts for which the named Defendants answer.

220. xAI offers Grok Bot to the public. Defendants' consumer terms state that the user's agreement for the service is with SpaceX Super Intelligence LLC.[215] xAI publishes the x.ai website, the Grok Bot product page, the Grok Bot guides, and the announcements of the beta release and of version 1.0. Each displays the Grok Bot Icon and carries xAI's copyright notice. xAI announced version 1.0 on LinkedIn under its own name. These are xAI's own acts, and xAI is directly liable for them. It reproduces, displays, and distributes the Grok Bot Icon and its animations on its website and through Google Play, and it advertises under them. On information and belief, xAI employs or directs the designers who made and animated the Grok Bot Icon and the staff who placed the outdoor, Sphere, and

[215] *Consumer Terms*, *supra* note 3. Opening paragraph.

Nasdaq advertising. Mr. Barker lists himself on LinkedIn as Motion Design Lead at SpaceXAI and, at the same time, as Motion Lead at Cursor, as alleged above. Mr. Barker is credited with the icon, the new characters, and the Sphere display. Cursor's careers site is recruiting a senior motion designer for the same group. The posting calls the group the Brand Studio and describes it as the team behind the brand across the SpaceXSI ecosystem, from Grok and Grok Bot to X. It describes the work as including logo animation and out-of-home campaigns, and it lists fluency in Cursor and in Figma among the skills it prefers. The posting describes the benefits as those of SpaceXSI, and its equal-employment notice is in the name of Anysphere, Inc.[216]

221. X Subscription Corp. sells the plans through which Defendants sell Grok Bot. Defendants' terms state that the purchase contract for The X Subscription is with X Subscription Corp. and identify it as the merchant of record.[217] On information and belief, it collects the price of every such plan. X Subscription Corp. is directly liable for those sales, which it makes under the Grok Bot name and icon. In the alternative, it is liable as a contributory infringer, because it supplies the sales channel for the infringing product.

222. X Corp. distributes Grok Bot to iPhone and iPad users. Since August 29, 2026, Apple's App Store has listed X Corp. as the developer and seller of the Grok Bot app, whose icon is the Grok Bot Icon.[218] X Corp. also operates the X platform, where the Grok Bot account promotes the product under the icon. X Corp. is directly liable for distributing the app and for displaying the Grok Bot Icon and its animations on the X platform. Its liability as the app's seller runs from August 29, 2026, when it replaced Anysphere in that role.

223. SpaceX took part directly. On April 19, 2026, before it owned

[216] *Sr. Motion Designer*, Cursor, https://cursor.com/careers/sr-motion-designer (last visited Nov. 22, 2026).
[217] *Bundled Subscription Terms*, *supra* note 204. Section identifying the seller.
[218] App Store Listing, *supra* note 15. Developer and seller fields.

Anysphere, SpaceX signed a compute agreement and a call option agreement with Anysphere.[219] According to press reports, the agent that became Grok Bot was built in part on SpaceX's computing capacity. SpaceX presents Grok Bot to investors as its own product. Its earnings release for the third quarter of 2026 credits Grok Bot by name, and its chief executive and its president reported Grok Bot's growth on its earnings call.[220] A published report names SpaceX as the advertiser of the Grok Bot advertisements in Penn Station.[221] SpaceX reports the revenue from Grok Bot in its own financial statements.

224. SpaceX also owns and controls the other Defendants. Knoware pleads that control in support of its claims for vicarious liability. It is not the only basis for SpaceX's liability. SpaceX is directly liable for the advertising that it placed and for the product that it presents to the public and to investors as its own. For the acts of xAI, X Corp., X Subscription Corp., and Anysphere, SpaceX is liable in the alternative as a contributory and vicarious infringer. It owns and controls each of them, it funded and supplied the work, and it reports their Grok Bot revenue as its own.

225. Elon Musk is SpaceX's chief executive officer, chief technical officer, and chairman. According to published reports of SpaceX's prospectus, he holds about 82 percent of the voting power of SpaceX's stock, and SpaceX is a controlled company.[222] SpaceX, in turn, owns all of Anysphere.[223]

226. Mr. Musk has personally promoted Grok Bot to the public. On August

[219] Form S-1, *supra* note 17. Description of the compute agreement and the option agreement.
[220] Q3 Earnings Release, *supra* note 1. SI Business Highlights. *Q3 Webcast Transcript*, *supra* note 194. Remarks of Elon Musk and Gwynne Shotwell.
[221] *Penn Station Article*, *supra* note 161. Body of the article.
[222] *How Elon Musk Will Increase His Power Through the SpaceX IPO*, TechCrunch (May 21, 2026), https://techcrunch.com/2026/05/21/how-elon-musk-will-increase-his-power-through-the-spacex-ipo/. *Who Owns SpaceX? Elon Musk Has 82% of the Vote*, KeepTrack, https://keeptrack.space/deep-dive/who-owns-spacex (last visited Nov. 22, 2026). Both report the terms of SpaceX's prospectus.
[223] August 14 Form 8-K, *supra* note 20. Item 2.01.

26, 2026, he wrote on X: "If Grok Bot messes up, we will make you whole."[224] In November 2026, after Knoware's notice, he promoted the Grok Bot 1.0 release and wrote: "Hire Grok @Bot as a colleague and give it your hardest tasks!"[225] On or about November 16, 2026, he reposted to his followers the video of the Sphere advertisement, which displays the Grok Bot Icon.[226] On information and belief, Mr. Musk personally directed and approved the launch and promotion of Grok Bot, including that advertising. Mr. Musk is not named as a defendant at this time.

227. Anysphere is not a defendant. On information and belief, the designers who made the Grok Bot Icon did that work as Anysphere employees before SpaceX acquired Anysphere on August 14, 2026, and Anysphere's servers distribute the Grok Bot desktop app. Knoware's belief rests on the designers' own statements. Mr. Zheng called Grok Bot the first major product that he had shipped at Cursor. Mr. Bai called the designers the Cursor design team. Mr. Barker lists himself as Motion Lead at Cursor from April 2026. The Grok Bot Icon also appears on Anysphere's cursor.com dashboard. Anysphere does not operate apart from SpaceX. On the day the merger closed, Cursor announced that it was now part of SpaceX and that its team would join SpaceXAI to work on Grok Bot and other Grok products.[227] According to published reports, Cursor's workforce was divided among SpaceXAI's teams, its employees were moved into SpaceX's messaging systems, operating systems, and reporting lines, and they were

[224] *Would You Let Elon Musk's Grok Bot Control Your Bank Account? Elon Musk Says He'll Cover You If the AI Messes Up*, Benzinga, https://www.benzinga.com/markets/tech/26/08/61455209/elon-musk-just-made-a-wild-promise-to-user-willing-to-give-grok-their-bank-account-promises-we-will-make-you-whole-if-it-messes-up (last visited Nov. 22, 2026). The article reproduces the post.

[225] *Sphere Article*, *supra* note 170. The article quotes Mr. Musk's post.

[226] *Grok Bot Takes Over the Las Vegas Sphere in New Ad [Video]*, Drive Tesla (Nov. 17, 2026), https://driveteslacanada.ca/news/grok-bot-las-vegas-sphere/. The article reports the repost.

[227] Cursor (@cursor_ai), X (Aug. 14, 2026), https://x.com/cursor_ai/status/2088249881718919393. Text of the post.

encouraged to work from SpaceXAI's office in Palo Alto.[228] Mr. Barker lists current positions at Cursor and at SpaceXAI at the same time, as alleged above, and others who worked at Cursor now list SpaceX Super Intelligence as their employer. On information and belief, SpaceX and Anysphere act in concert in the Grok Bot business, and SpaceX is jointly and severally liable with Anysphere for the conduct alleged in this Complaint.

**S. Defendants' Own Positions in Other Cases**

228. Defendants protect their own logos with the same claims that Knoware brings here. On December 16, 2025, X Corp. sued a startup in the District of Delaware over the Twitter name and bird logo.[229] X Corp. pleaded that its bird logos are original works whose protected expression lies in the shape, proportions, angles, and curves of a bird "rendered in a minimalist style." It called the other company's favicon the "Infringing Logo." It pleaded that deception that "strips X Corp. of control over its trademarks" is irreparable harm.[230] X Corp. asked for a preliminary and permanent injunction, corrective advertising, an accounting of profits, treble damages, and attorneys' fees. It pleaded willful copyright infringement on information and belief. In the same complaint, X Corp. stated that it is a Nevada corporation with its principal place of business in Bastrop, Texas. The court denied copyright-based preliminary relief on April 6, 2026. Its September 3, 2026 opinion granted preliminary relief for the Twitter-formative marks, but denied it for TWEET and the bird trademark based on likely

[228] *SpaceX Reportedly Nears $60B Cursor Acquisition*, Yahoo Finance, https://finance.yahoo.com/technology/ai/articles/spacex-reportedly-nears-60b-cursor-220153276.html (last visited Nov. 22, 2026). *Musk Admits Grok Has Fallen Behind in First Address to Cursor Staff After $60 Billion Deal*, BigGo Finance, https://finance.biggo.com/news/694ab4bf-db8b-49df-8977-6da4db4a61e7 (last visited Nov. 22, 2026).

[229] Complaint ¶ 1, *X Corp. v. Operation Bluebird, Inc.*, No. 1:25-cv-01510-CFC (D. Del. Dec. 16, 2025), ECF No. 1 [hereinafter X Corp. Complaint].

[230] *Id.* Paragraphs 2, 11, and 54.

abandonment.[231]

229. xAI faced allegations of reverse confusion before the Grok Bot launch. On August 21, 2025, Ex Populus, the maker of the Xai gaming network, sued X.AI Corp. and X.AI LLC in this District for trademark infringement and unfair competition. Ex Populus alleged that xAI's market reach had caused widespread affiliation confusion and that the USPTO had suspended four xAI applications pending resolution of Ex Populus's earlier application.[232]

230. xAI has also told courts who answers for what Grok produces. In a complaint filed in the Northern District of Texas against a user whom it accused of misusing Grok, xAI pleaded that Grok is "a neutral tool, subject to user control."[233] Here, the person who prompted Grok Build to make the animated Grok Bot Icon was Defendants' own design lead. In a separate complaint against the Attorney General of Colorado, xAI pleaded that a law requiring changes to Grok's output would alter the expressive content of xAI's own speech.[234]

231. SpaceX's chief executive has stated his view of intellectual property law. In April 2025, in reply to a post calling for the deletion of all intellectual property law, he wrote: "I agree."[235]

232. Knoware pleads the matters in this section to show Defendants' knowledge of the law that protects marks and creative works, their sophistication, and their willfulness. Knoware does not plead them as proof that Defendants

[231] *X Corp. Complaint, supra note 229, ¶¶ 12, 117 and Prayer for Relief. Memorandum Opinion at 1, 24–28, X Corp. v. Operation Bluebird, Inc., No. 1:25-cv-01510-CFC (D. Del. Sept. 3, 2026), ECF No. 95*.

[232] *Complaint ¶¶ 69–75, 146–155, Ex Populus, Inc. v. X.AI Corp., No. 3:25-cv-07101-RFL (N.D. Cal. Aug. 21, 2025), ECF No. 1*.

[233] *Plaintiff's Complaint ¶ 2, at 1–2, X.AI LLC v. Harwood, No. 7:26-cv-00078-O (N.D. Tex. July 14, 2026), ECF No. 1*.

[234] Complaint for Declaratory and Injunctive Relief ¶ 9, at 5, *X.AI LLC v. Weiser*, No. 1:26-cv-01515 (D. Colo. Apr. 9, 2026), ECF No. 1.

[235] Sherin Shibu, *Jack Dorsey Says Intellectual Property Law Shouldn't Exist, and Elon Musk Agrees: 'Delete All IP Law'*, Entrepreneur (Apr. 14, 2025), https://www.entrepreneur.com/business-news/jack-dorsey-calls-for-end-to-intellectual-property-law/490008. Body of the article.

copied the Knoware Works.

**FIRST CLAIM FOR RELIEF**

*(Trademark Infringement and False Designation of Origin - Lanham Act § 43(a)(1)(A), 15 U.S.C. § 1125(a)(1)(A) - Against All Defendants)*

233. Knoware realleges and incorporates by reference all of the preceding paragraphs.

234. Knoware owns the Knoware Mark. The Knoware Mark is valid, protectable, and inherently distinctive.

235. Knoware has priority. Knoware used the Knoware Mark in commerce in the United States before Defendants first used the Grok Bot Icon on August 11, 2026. Knoware's use in commerce is documented from December 2025, eight months earlier.

236. Defendants use the Grok Bot Icon in interstate commerce as a designation of source for Grok Bot. They use it on and in connection with artificial intelligence software and services and in advertising for them. Knoware has not consented to that use.

237. The Grok Bot Icon is confusingly similar to the Knoware Mark in appearance, in motion, and in overall commercial impression.

238. Defendants' use of the Grok Bot Icon is likely to cause confusion, to cause mistake, and to deceive as to the affiliation, connection, or association of Knoware with Defendants, and as to the origin, sponsorship, or approval of Knoware's goods, services, and commercial activities. That use violates 15 U.S.C. § 1125(a)(1)(A).

239. Defendants have saturated the market with the Grok Bot Icon. The public is therefore likely to believe that Knoware's goods and services come from Defendants or are affiliated with them, or that Knoware is the junior user and an infringer. That is reverse confusion.

240. Defendants' use is also likely to cause the public to believe that

Defendants' goods and services come from Knoware or are affiliated with, sponsored by, or approved by Knoware.

241. The relevant factors point to a likelihood of confusion. The marks are similar. The goods and services are related. The marketing channels overlap. Purchasers exercise a low degree of care. Defendants adopted the Grok Bot Icon after the USPTO had published the Knoware Mark, and they expanded their use of it after Knoware's counsel gave notice of Knoware's rights. Each side is likely to expand into the other's market. xAI had been sued in this District in 2025 by another smaller company alleging similar affiliation confusion and alleging that the USPTO had suspended four xAI applications pending resolution of that company's earlier application, as alleged above. Upon information and belief, Defendants therefore knew the risk of adopting a mark without regard to earlier users. Upon information and belief, Defendants enlarged the eyes of the Grok Bot Icon to the proportions of the Knoware eyes, as alleged above.

242. Each Defendant is directly liable. On information and belief, xAI owns and operates the Grok brand, the x.ai website, and the Grok Bot product. xAI announced Grok Bot, and it markets and distributes Grok Bot under the Grok Bot Icon. Its design lead animated the icon.

243. X Corp. offers and sells the Grok Bot app for iOS under the Grok Bot Icon, and it operates the X platform, on which Defendants promote Grok Bot under the Grok Bot Icon. X Subscription Corp. sells the subscription plans that include Grok Bot and is the merchant of record for those sales. On information and belief, it offers those plans under the Grok Bot name and the Grok Bot Icon.

244. SpaceX owns and controls each other Defendant and each Affiliate. SpaceX contracted with Anysphere in April 2026, announced that the two companies were working closely together, and supplied computing capacity on which Grok Bot was built. SpaceX acquired Anysphere and has placed its own executives in charge of xAI. Grok Bot is offered under the SpaceX name, as

"SpaceX Super Intelligence" on Google Play and as "SpaceXSI" on the x.ai website and Apple's App Store. A published report names SpaceX as the advertiser of Grok Bot in Penn Station. SpaceX reports the revenue from Grok Bot in its own consolidated results, and it has named Grok Bot to its investors as a source of its revenue growth. SpaceX's chief executive holds about 82 percent of the voting power of SpaceX's stock. He personally promoted Grok Bot to the public, and he reposted the video of the Sphere advertisement after Knoware's notice, as alleged above.

245. Defendants' infringement is willful. Defendants adopted the Grok Bot Icon after the USPTO had published the Knoware Mark. They did not answer Knoware's notice. One week after their counsel confirmed that they were reviewing it, they put the icon on the Sphere, and their chief executive reposted the advertisement. xAI and SpaceX have applied to register dozens of their other marks and logos, but not the Grok Bot Icon. Defendants acted in bad faith, as alleged above.

246. Defendants' conduct has damaged Knoware in an amount to be proven at trial. Defendants have earned profits and have been unjustly enriched by their conduct.

247. Defendants' use of the Grok Bot Icon is continuing and is causing Knoware irreparable harm. Under 15 U.S.C. § 1116(a), Knoware is entitled to a rebuttable presumption of irreparable harm and to injunctive relief. If the Court declines to enjoin that use, Knoware is entitled to an ongoing royalty in its place. X Corp. has itself pleaded, in its own trademark case, that the loss of control over a mark is irreparable harm, as alleged above.

248. Under 15 U.S.C. § 1117(a), Knoware is entitled to Defendants' profits, Knoware's damages, enhanced damages of up to three times its actual damages, and the costs of the action. This is an exceptional case, and Knoware is entitled to its reasonable attorneys' fees under 15 U.S.C. § 1117(a).

## SECOND CLAIM FOR RELIEF

*(Contributory and Vicarious Trademark Infringement and False Designation of Origin - Lanham Act § 43(a)(1)(A), 15 U.S.C. § 1125(a)(1)(A) - Against All Defendants)*

249. Knoware realleges and incorporates by reference all of the preceding paragraphs.

250. Knoware pleads this claim in the alternative, to the extent that any act of infringement alleged above was committed by another Defendant or by an Affiliate.

251. The other Defendants and the Affiliates have directly infringed the Knoware Mark and used a false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A). On information and belief, X Corp. offers and sells the Grok Bot app for iOS under the Grok Bot Icon. xAI publishes the x.ai website, which displays the Grok Bot Icon. X Subscription Corp. sells the plans that include Grok Bot. Anysphere took part in designing the Grok Bot Icon, and it hosts and distributes the Grok Bot desktop apps.

252. Each Defendant intentionally induced those acts. Each Defendant commissioned, directed, approved, and funded the use of the Grok Bot Icon as the mark for Grok Bot. The part that each played is alleged above under the heading "Each Defendant's Part." SpaceX's chief executive personally promoted Grok Bot under the Grok Bot Icon. On information and belief, he directed and approved its launch and its advertising, as alleged above.

253. Each Defendant also continued to supply the Grok Bot product, the Grok brand, the Grok Bot Icon, computing infrastructure, and funding to the other Defendants and to the Affiliates. Each did so while it knew or had reason to know that they were using the Grok Bot Icon to infringe the Knoware Mark. Each Defendant directly controls and monitors the product and the distribution channels used to infringe.

254. Each Defendant is also vicariously liable. Defendants and the Affiliates have an actual or apparent partnership in the Grok Bot business. They have authority to bind one another in transactions with third parties concerning Grok Bot. They exercise joint ownership and control over the infringing product. SpaceX owns each of them. Cursor's workforce has been divided among SpaceXAI teams, and its people work on Grok Bot as part of those teams, as alleged above.

255. Defendants' conduct is willful. It has damaged Knoware in an amount to be proven at trial.

256. Knoware is entitled to the relief described in the First Claim for Relief under 15 U.S.C. § 1117(a).

## THIRD CLAIM FOR RELIEF

*(Copyright Infringement: Knoware Animated Character - 17 U.S.C. §§ 106 and 501 (Registration No. PA 2-611-543) - Against All Defendants)*

257. Knoware realleges and incorporates by reference all of the preceding paragraphs.

258. The Knoware Animated Character is an original work of authorship fixed in a tangible medium of expression. Knoware owns the copyright in it. The copyright is registered under Registration No. PA 2-611-543.

259. Defendants had access to the Knoware Animated Character. They had access through Knoware's public website, where the Knoware Character has been displayed since 2025. On information and belief, they also had access through Anysphere's systems, which received the character's specification and code. The designers who made the Grok Bot Icon worked at Anysphere. One of them has said that he sketched the character in Figma and then described what he wanted to Cursor and to the Grok Bot prototype, and that those tools produced the code and the motion, as alleged above. Defendants trained their models on data from Cursor users, and Cursor has disclosed that its own code entered that training by accident,

as alleged above. Whether the Knoware Character reached the designers or their tools by one of these routes is known to Defendants.

260. The animated Grok Bot Icon and the animated Bot avatars copy protected expression from the Knoware Animated Character. Knoware claims Mr. Clark's particular selection, coordination, and arrangement of the character's face, eye movements, and responses to the user's cursor, rather than the idea of a face with eyes, blinking, or cursor-following as such. Knoware does not claim round heads, capsule eyes, blinking, or cursor tracking by themselves. It claims the combination that Mr. Clark made: a face reduced to two upright capsule eyes of fixed proportion and position, which follows the pointer, looks around when the pointer is still, blinks at irregular intervals, yawns after a period of idleness, blinks twice after the yawn, falls asleep after a third yawn, and wakes when the user returns. In the deposited Release 1.8 implementation, blink intervals and idle-look timing, directions, amounts, and durations are randomized within defined ranges and choices. The character also displays a mouth during yawning, sleeping, or glitching. On information and belief, Defendants' animated icon copies the particular expressive visual combination and movements described above. To a viewer, the two characters appear to blink at the same rate, as alleged above. One of the designers has said that the character began as a hexagon with eyes, based on Cursor's logo, as alleged above. The Grok Bot Icon that Defendants adopted is not a hexagon. It is a round face with two tall eyes, as the Knoware Character is. Defendants have not said when or why the design changed.

261. The animated Grok Bot Icon and the animated Bot avatars are substantially similar to the Knoware Animated Character in their protected elements and in their total concept and feel.

262. Without Knoware's authorization, Defendants have reproduced the Knoware Animated Character, prepared derivative works based on it, distributed copies to the public, and publicly displayed and performed it. Those acts violate

Knoware's exclusive rights under 17 U.S.C. § 106 and infringe Knoware's copyright under 17 U.S.C. § 501.

263. Defendants have done these things directly and through the Affiliates. They have reproduced the infringing animations in the Grok Bot apps and on the x.ai website. They have distributed copies to the public in the Grok Bot apps. They have displayed and performed the infringing animations publicly in the apps, on the website, on social media, and in advertising.

264. Defendants displayed and performed the animated character on the exterior of Sphere in November 2026. They did so after they had notice of Knoware's rights and after the October 16, 2026 effective date of Registration No. PA 2-611-543. On October 19, 2026, three days after that date, Ms. Wen announced additional characters based on the Grok Bot Icon, as alleged above. On November 11, 2026, Defendants showed additional characters in the post in **Figure 14**. By November 2, 2026, a billboard in San Francisco displayed the characters. On November 21, 2026, a billboard in Chicago displayed eight of the characters, as shown in **Figure 15**.[236] On information and belief, each of those characters was first published after October 16, 2026. Each is a new derivative work.

265. Defendants' infringement is willful.

266. Knoware is entitled to its actual damages and to Defendants' profits attributable to the infringement under 17 U.S.C. § 504(b), in amounts to be proven at trial.

267. Knoware seeks its actual damages and Defendants' profits. Knoware recognizes that Defendants began to use the Grok Bot Icon on August 11, 2026,

[236] Additional characters: jenny wen (@jennywen), X (Oct. 19, 2026), https://x.com/jennywen/status/2112202752118182192. Grok Bot 1.0: Grok Bot (@bot), X (Nov. 11, 2026), https://x.com/bot/status/2120582957782200586. San Francisco billboard: *Casual San Francisco Stroller Walk Around the Block*, Facebook (Nov. 2, 2026), https://www.facebook.com/brittany.decker1/videos/casual-san-francisco-stroller-walk-around-the-block/1141077281644115/.

before the effective date of the registration, and that 17 U.S.C. § 412 bars statutory damages and attorneys' fees for an infringement that commenced before registration. Knoware does not claim statutory damages or fees under the Copyright Act for the continuing use of the icon and avatars that Defendants launched in August 2026, and it does not assume that a later advertisement begins a new infringement. Knoware reserves the right to elect statutory damages under 17 U.S.C. § 504(c), and to seek attorneys' fees under 17 U.S.C. § 505, only for a separate infringement that discovery shows to have commenced after registration and for which those remedies are available under 17 U.S.C. § 412. Knoware separately seeks recoverable taxable costs under 17 U.S.C. § 505.

268. Defendants' infringement is continuing and is causing Knoware irreparable harm. Knoware is entitled to injunctive relief under 17 U.S.C. § 502.

**FOURTH CLAIM FOR RELIEF**

*(Copyright Infringement: Knoware Logo - 17 U.S.C. §§ 106, 411(a), and 501 - Against All Defendants)*

269. Knoware realleges and incorporates by reference all of the preceding paragraphs.

270. The Knoware Logo is an original pictorial work of authorship fixed in a tangible medium of expression. Mr. Clark is its author. He assigned his rights in it to Knoware by written agreement dated October 14, 2026. Knoware owns the copyright in it.

271. On October 16, 2026, Knoware delivered the deposit, the application, and the fee required for registration of the Knoware Logo to the Copyright Office in proper form. On October 27, 2026, the Copyright Office refused registration. Knoware brings this claim under the refusal provision of 17 U.S.C. § 411(a). Upon filing this action, Knoware will serve notice of the action and a copy of this Complaint as required by 17 U.S.C. § 411(a) and 37 C.F.R. § 205.13.

272. The Knoware Logo is copyrightable. Its originality lies in Mr. Clark's

selection and arrangement of the features of a specific character's face and its frame, as alleged above. Knoware does not claim circles, capsules, rings, black fields, or colors standing alone. It claims the Knoware Logo as a whole: a face with eyes of this shape, proportion, spacing, and height, and with no other feature, set in this frame. X Corp. has itself pleaded that a logo drawn in a minimalist style is protected by copyright, and that its protected expression lies in its shape, proportions, angles, and curves, as alleged above.

273. Knoware's request for reconsideration is pending before the Copyright Office. If the Copyright Office registers the Knoware Logo, the registration will be effective as of October 16, 2026.

274. Defendants had access to the Knoware Logo. They had access through Knoware's public website, where the Knoware Logo has been displayed since 2025, and through the public records of the USPTO. On information and belief, they also had access through Anysphere's systems, which received the files that define the logo. The designers of the Grok Bot Icon worked at Anysphere, as alleged above.

275. The Grok Bot Icon copies protected expression from the Knoware Logo. It copies the face that Mr. Clark drew: a flat, black, circular face whose only features are two tall, pale capsule eyes placed side by side in the upper part of the face. The first version of the character that its designer has described was a hexagon. The version that Defendants adopted is a flat, round face with two tall eyes. The face is the important part of the Knoware Logo. It is what makes the work a portrait of this character and not a pattern of rings.

276. The Grok Bot Icon is substantially similar to the Knoware Logo in its protected elements and in its total concept and feel.

277. Without Knoware's authorization, Defendants have reproduced the Knoware Logo, prepared derivative works based on it, distributed copies to the public, and displayed it publicly. They have done so directly and through the

Affiliates, in the Grok Bot apps, in app store listings, on the x.ai website, on social media, and in advertising. Those acts violate Knoware's exclusive rights under 17 U.S.C. § 106 and infringe Knoware's copyright under 17 U.S.C. § 501.

278. Defendants' infringement is willful.

279. Knoware is entitled to its actual damages and to Defendants' profits attributable to the infringement under 17 U.S.C. § 504(b), in amounts to be proven at trial.

280. Defendants' infringement is continuing and is causing Knoware irreparable harm. Knoware is entitled to injunctive relief under 17 U.S.C. § 502.

**FIFTH CLAIM FOR RELIEF**

*(Copyright Infringement: Knoware Character Component - 17 U.S.C. §§ 106 and 501 (Registration No. TX 9-654-280) - Against All Defendants)*

281. Knoware realleges and incorporates by reference all of the preceding paragraphs.

282. The Knoware Character Component is an original computer program fixed in a tangible medium of expression. Knoware owns the copyright in it. The copyright is registered under Registration No. TX 9-654-280.

283. Knoware has never made the source code of the Knoware Character Component public. Knoware keeps it in a private repository. Only the compiled program has been delivered to the browsers of visitors to Knoware's website.

284. Anysphere's systems received the source code of the Knoware Character Component when Mr. Clark worked on it in Cursor in July 2025. Mr. Clark's account is set to Privacy Mode today. Knoware does not yet know what the setting was in July 2025, as alleged above. Knoware does not yet know whether Anysphere kept that code or who had access to it.

285. On information and belief, Defendants, directly or through Anysphere, reproduced the Knoware Character Component and used it without authorization in creating the code that draws and animates the Grok Bot Icon and the Bot

avatars. On information and belief, that code copies or is derived from protected expression in the Knoware Character Component, including Mr. Clark's code for the character's face geometry, animation tuning, and color options.

286. Knoware makes the allegations in the preceding paragraph on information and belief. They are likely to have evidentiary support after a reasonable opportunity for discovery. Defendants have not published their source code. Third parties have published code and data extracted from the shipped app, as alleged above, and Knoware has not yet compared it with Mr. Clark's code line by line. Knoware's belief rests on these facts. Mr. Clark wrote and generated the code in Cursor, and his prompts and the code were sent to Anysphere's servers as he worked. Knoware has preserved his Cursor session records and the commit history, which record the instructions he gave Cursor's AI agent, the code it returned, and the time of each. According to its designers' own posts and press reports, the Grok Bot Icon was designed and coded at Anysphere, the same company. Its designers have said that AI tools wrote the character's motion, and Defendants trained the models behind those tools on data from Cursor users. One designer has said that he sketched the character in Figma, described what he wanted to Cursor itself and to the Grok Bot prototype, and that those tools produced it. Cursor has disclosed that its own code entered the training of one of those models by accident. Defendants' own coding tool uploaded users' entire repositories even when the privacy setting was off. SpaceX then acquired Anysphere. The two characters match in what the code produces: the same face, eyes that look around on their own, eyes that respond to the cursor, and blinking that appears to a viewer to be at the same rate. The facts that would confirm or refute the copying are in Defendants' possession. They include Defendants' source code, their design files, and Anysphere's records of Mr. Clark's account.

287. No one authorized Defendants or Anysphere to reproduce or adapt the Knoware Character Component for use in their own products.

288. Defendants' acts violate Knoware's exclusive rights to reproduce the Knoware Character Component, to prepare derivative works based on it, and to distribute copies of it under 17 U.S.C. § 106. They infringe Knoware's copyright under 17 U.S.C. § 501.

289. Defendants' infringement is willful.

290. Knoware is entitled to its actual damages and to Defendants' profits attributable to the infringement under 17 U.S.C. § 504(b), in amounts to be proven at trial.

291. Knoware's claim to statutory damages and fees under the Copyright Act is limited as stated in the Third Claim for Relief.

292. Defendants' infringement is continuing and is causing Knoware irreparable harm. Knoware is entitled to injunctive relief under 17 U.S.C. § 502.

## SIXTH CLAIM FOR RELIEF

*(Contributory Copyright Infringement - Against All Defendants)*

293. Knoware realleges and incorporates by reference all of the preceding paragraphs.

294. Knoware pleads this claim in the alternative, to the extent that any act of infringement alleged above was committed by another Defendant or by an Affiliate.

295. The other Defendants and the Affiliates have directly infringed Knoware's copyrights in the Knoware Works. On information and belief, Anysphere took part in creating the infringing icon, avatars, and code, and it reproduces and distributes them in the Grok Bot desktop apps. X Corp. reproduces and distributes them in the Grok Bot app for iOS. xAI reproduces and displays them on the x.ai website. On information and belief, BUCK, a creative studio engaged by Defendants, produced the animation shown on Sphere.

296. Each Defendant knew or had reason to know of the infringing activity. On information and belief, each Defendant has known of Knoware's rights since

no later than October 2026. Their counsel confirmed on November 9, 2026 that Defendants had Knoware's notice and were reviewing it, as alleged above.

297. Each Defendant induced, caused, and materially contributed to the infringing activity. Each Defendant commissioned, directed, and funded the design and development of the Grok Bot Icon and the Bot avatars. Each supplied the brand, the computing capacity, the servers, the distribution channels, and the advertising through which the infringing works reach the public. Each could have taken simple measures to stop the infringement and did not. SpaceX contracted in April 2026 to receive Cursor's data, prompts, specifications, and software code in exchange for computing capacity, and it then acquired Anysphere, as alleged above.

298. Defendants' conduct is willful. Knoware is entitled to its actual damages and to Defendants' profits under 17 U.S.C. § 504(b). Knoware's claim to statutory damages and fees under the Copyright Act is limited as stated in the Third Claim for Relief.

**SEVENTH CLAIM FOR RELIEF**

*(Vicarious Copyright Infringement - Against All Defendants)*

299. Knoware realleges and incorporates by reference all of the preceding paragraphs.

300. Knoware pleads this claim in the alternative, to the extent that any act of infringement alleged above was committed by another Defendant or by an Affiliate.

301. Each Defendant has the right and the ability to supervise and control the infringing activity. SpaceX owns and controls each other Defendant and each Affiliate. On information and belief, from April 2026 SpaceX had the practical ability to supervise Anysphere's work on the product through the parties' agreements and their joint work. Since August 14, 2026, SpaceX has owned Anysphere outright. On information and belief, xAI controls the Grok brand, the

x.ai website, the Grok Bot product, and the design of the Grok Bot Icon. SpaceX's chief executive holds about 82 percent of the voting power of SpaceX's stock, and SpaceX is a controlled company, as alleged above.

302. Each Defendant receives a direct financial benefit from the infringing activity. The Grok Bot Icon and the Bot avatars are the face of Grok Bot. They draw customers to the product. Defendants earn subscription revenue and in-app purchase revenue from those customers. SpaceX has told its investors that Grok Bot had 800,000 paid weekly users, as alleged above.

303. Each Defendant has failed to exercise its right and ability to stop the infringement.

304. Defendants' conduct is willful. Knoware is entitled to its actual damages and to Defendants' profits under 17 U.S.C. § 504(b). Knoware's claim to statutory damages and fees under the Copyright Act is limited as stated in the Third Claim for Relief.

**EIGHTH CLAIM FOR RELIEF**

*(Trademark Infringement and Unfair Competition - California Common Law - Against All Defendants)*

305. Knoware realleges and incorporates by reference all of the preceding paragraphs.

306. Knoware owns common law rights in the Knoware Mark. Knoware used the Knoware Mark in commerce before Defendants first used the Grok Bot Icon.

307. Defendants' use of the Grok Bot Icon is likely to cause confusion, mistake, and deception among the public as to the source of Knoware's goods and services and as to an affiliation between Knoware and Defendants. That use infringes the Knoware Mark and is unfair competition under the common law of California.

308. Defendants' conduct has damaged Knoware in an amount to be proven

at trial, and it has unjustly enriched Defendants.

309. Defendants acted with oppression, fraud, or malice within the meaning of California Civil Code § 3294. They knew of Knoware's rights no later than October 13, 2026. Their counsel confirmed receipt of Knoware's notice on November 9, 2026. With that knowledge, Defendants chose to enlarge their use of the Grok Bot Icon. They took Grok Bot out of beta and released version 1.0. They bought a display on the exterior of Sphere. They bought advertising at the Nasdaq. They did so in conscious disregard of Knoware's rights and of the harm that their use would cause to a much smaller company. xAI had been sued in 2025 by another smaller company over the same kind of confusion, as alleged above. Defendants are sophisticated companies with trademark counsel, and they understood what Knoware's notice meant.

310. On information and belief, officers, directors, or managing agents of each Defendant authorized or ratified that conduct. The decisions to release Grok Bot 1.0 and to buy national advertising for it were made at that level. According to a published report, SpaceX's chief executive reposted the video of the Sphere display. He also promoted the Grok Bot 1.0 release to his followers after Knoware's notice. He is SpaceX's chief executive officer, chief technical officer, and chairman, and he holds about 82 percent of the voting power of its stock, as alleged above.

311. Knoware is entitled to its actual damages, to Defendants' profits, and to punitive damages under California Civil Code § 3294.

**RESERVATION OF CLAIMS**

312. Knoware's application to register the Knoware Logo, Serial No. 99531272, has been allowed. Knoware filed its statement of use on November 25, 2026. When the registration issues, Knoware will seek leave to amend this Complaint to add a claim for infringement of a registered mark under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), and to rely on its constructive-use

priority under 15 U.S.C. § 1057(c).

313. Knoware has also applied to register its copyrights in the Knoware Logo (Without Border), Service Request No. 1-15312269821, and the Knoware Animated Character (Without Border), Service Request No. 1-15312269869, as alleged above. Those applications are pending. If and when the Copyright Office registers either work, or refuses registration, Knoware will seek leave to amend this Complaint to add claims for infringement of that work under 17 U.S.C. § 501.

**PRAYER FOR RELIEF**

Knoware asks the Court to enter judgment in its favor and against Defendants, jointly and severally, as follows:

1. A judgment that Defendants have infringed the Knoware Mark and used a false designation of origin in violation of 15 U.S.C. § 1125(a) and of California common law, directly, contributorily, and vicariously, and that they did so willfully.
2. A judgment that Defendants have infringed Knoware's copyrights in the Knoware Works in violation of 17 U.S.C. § 501, directly, contributorily, and vicariously, and that they did so willfully.
3. A declaration that Knoware is the senior user of the Knoware Mark and that the Knoware Logo is an original work of authorship protected by copyright.
4. A permanent injunction under 15 U.S.C. § 1116 and 17 U.S.C. § 502 barring Defendants from using the Grok Bot Icon or any confusingly similar mark or design, and from reproducing, displaying, or performing the Knoware Works; and an award of a reasonable royalty for Defendants' past use. If the Court declines to enjoin continuing use, an ongoing royalty in its place.
5. An award of the cost of the corrective advertising needed so that the public associates the Knoware Mark with Knoware and not with Defendants.
6. An accounting of each Defendant's sales, revenue, and profits from goods and

services offered under the Grok Bot Icon.

7. A finding that this is an exceptional case under 15 U.S.C. § 1117(a).

8. An award under 15 U.S.C. § 1117(a) of each Defendant's profits from all sales of goods and services offered under the Grok Bot Icon, Knoware's actual damages, and the costs of the action, in an amount to be established through discovery and proven at trial.

9. An award under 15 U.S.C. § 1117(a) of enhanced damages of up to three times Knoware's actual damages, and an increase in the award of profits to the amount that the Court finds just.

10. An award under 17 U.S.C. § 504(b) of Knoware's actual damages and Defendants' profits attributable to the infringement of the Knoware Works.

11. To the extent permitted by 17 U.S.C. § 412, and only for a separate infringement that commenced after registration, an award of statutory damages under 17 U.S.C. § 504(c), at Knoware's election.

12. An award of punitive damages on the Eighth Claim for Relief under California Civil Code § 3294, in an amount sufficient to punish Defendants and to deter such conduct.

13. An award of Knoware's reasonable attorneys' fees under 15 U.S.C. § 1117(a); reasonable attorneys' fees under 17 U.S.C. § 505 to the extent permitted by 17 U.S.C. § 412; and recoverable taxable costs under 17 U.S.C. § 505.

14. Pre-judgment and post-judgment interest at the maximum rate allowed by law.

15. Any other relief that the Court finds just and proper.

Dated: November 26, 2026

Respectfully submitted,
LEGALFORCE RAPC WORLDWIDE P.C.
/s/ Raj V. Abhyanker
Raj V. Abhyanker
Attorney for Plaintiff,
Knoware Inc.

**JURY TRIAL REQUESTED**

Under Federal Rule of Civil Procedure 38(b) and Civil L.R. 3-6, Knoware demands a trial by jury on all issues so triable.

Dated: November 26, 2026

Respectfully submitted,
LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj V. Abhyanker
Raj V. Abhyanker
Attorney for Plaintiff,
Knoware Inc.

**INDEX OF EXHIBITS**

**Exhibit A** USPTO record of U.S. Trademark Application Serial No. 99531272, including the drawing of the mark and the Notice of Allowance dated July 7, 2026.

**Exhibit B** Certificate of Registration No. PA 2-611-543, "Knoware Animated Character."

**Exhibit C** Certificate of Registration No. TX 9-654-280, "Knoware Character Component."

**Exhibit D** Copyright Office refusal dated October 27, 2026 (Service Request No. 1-15282392421).

**Exhibit E** Mr. Clark's July 25, 2025 specification for the Knoware Character, limited to the passage that describes the character, and the commit records that date it.

**Exhibit F** Captures of the Grok Bot Icon in use: the Apple App Store and Google Play listings for Grok Bot, the Grok Bot product page at x.ai/bot, the New York billboard shown in Mr. Kuh's portfolio, and Mr. Kuh's LinkedIn post of November 16, 2026 showing the display on Sphere.

**Exhibit G** Records of Knoware's use of the Knoware Mark on December 17, 2025: a customer's email of that day reproducing Knoware's receipt, with the customer's identifying details redacted, and images of Knoware's website rebuilt from the code deployed that day.